

| GENERAL ORDER | ISSUE DATE: April 30, 2006<br>REVISED DATE: | NO. 200-5 |
|---|---|---|
| JACKSON POLICE DEPARTMENT | REFERENCE: | |

**SUBJECT: POLYGRAPH EXAMINATION POLICY**

## I. PURPOSE

It is the purpose of this General Order to establish policy and procedures for the utilization of polygraph examinations by the City of Jackson Police Department. The polygraph will be used as an investigative tool in connection with applicant testing, criminal cases, internal affairs investigations, and providing support services to other governmental agencies. Polygraph testing will serve as an adjunct to but not as a substitute for, other investigative effort. Examinations will be conducted for the purpose of determining the veracity of the person being tested regarding the issue under investigation and to ascertain the truth concerning that issue.

## II. POLICY

A. It is the policy of the Jackson Police Department to provide polygraph tests in a consistent and professional manner, as an aid to investigations. Each case will be addressed professionally and in a timely and confidential manner through the procedures contained in this directive. It is the intention of this Department that the use of polygraph examinations will assist in criminal investigations and other Department matters.

B. All applicants for employment as a sworn officer with the Jackson Police Department shall undergo a pre-employment polygraph exam.

C. The Jackson Police Department will also provide polygraph services to any agency that has an ongoing investigation that could result in a felony charge.

D. The Jackson Police Department, Polygraph Unit will adhere to the Employee Polygraph Protection Act of 1988. It will be the policy of this department not to administer any polygraph tests that are employee related if the test concerns an internal theft for a missing deposit. Information concerning a polygraph provided to the employer by a police officer or investigator is clearly prohibited under the act, since employers are not allowed to use, accept or inquire about the results. If there are criminal charges on the suspect regarding the test issue, then the test would not be in violation of the act.



EXHIBIT D

| General Order # 200-5 | ISSUE DATE: April 30, 2006<br>REVISED DATE: | Page # 2 of 7 |
|---|---|---|

B. This document is issued under the authority of the Jackson Police Department and any supplementation, modification, or changes of its contents, either orally or in written format, by any member of the Jackson Police Department, other than the Chief of Police or his designee, is strictly prohibited.

## III. PERSONNEL, EQUIPMENT, AND ENVIRONMENT:

### A. PERSONNEL QUALIFICATIONS:

1. Personnel assigned as a polygraph examiner shall:

    a. Have successfully completed a basic course of polygraph instruction at a polygraph school accredited by the American Polygraph Association (APA) and meet all requirements for membership in the American Polygraph Association.

    b. Attend at least one advanced polygraph training session per two-year training period, presented by a state or national level polygraph organization or polygraph school accredited by the American Polygraph Association.

    c. Be a sworn officer of the Jackson Police Department.

    d. Conduct their official duties in a manner which reflects the high standards of ethical conduct as a polygraph examiner (as stated in the APA Standards of Practice) and a sworn Law Enforcement Officer.

### B. EQUIPMENT:

1. Polygraph instruments used will be of commercial manufacture and will have not less than three functioning recording channels.

2. Instruments will record a minimum of respiratory activity, galvanic skin resistance or conductance, and cardiovascular activity.

3. Procedures outlined by the instrument manufacturer will be followed to ensure the proper function and calibration of the instrument.

### C. ENVIRONMENT:

1. Tests and interviews shall be conducted in a clean, neat environment, free of audible and visual distractions.

2. Examiners will be neat and well groomed. Dress shall be consistent with the standards of the business and professional community (coat and tie).

| General Order # 200-5 | ISSUE DATE: April 30, 2006<br>REVISED DATE: | Page # 3 of 7 |
|---|---|---|

3. Uniforms and weapons shall not be worn (or carried in reference to weapons) in the polygraph suite.

IV. **PROCEDURES**

A. **APPOINTMENTS:**

1. Appointments will be scheduled with the polygraph examiner or his designee. Priorities will be established based upon the type of test being conducted and the seriousness of the offence. IAD cases take priority over any other governmental agencies.

2. Examinations scheduled for other agencies will be scheduled on a time available basis. The needs of the Jackson Police Department will take priority.

3. A representative of the agency, division or unit requesting the polygraph test must be present during the examination in order to provide the examiner with any pertinent information that might be necessary.

4. Examinations shall not be scheduled until an investigation has developed adequate specific information to serve as a basis for the examination nor will examinations be scheduled in lieu of other investigative efforts.

5. Not less than three hours will be scheduled for any criminal specific type examination with a minimum of ninety minutes spent on each specific test.

6. Recognizing the possible detrimental effects of examination fatigue on test accuracy, two specific type examinations will routinely be scheduled with a maximum of four tests per examiner in the course of any duty day.

7. In the absence of physical evidence and/or witness(es) which contradict the allegations, the suspect will be asked to submit to examination before the victim is tested in the case. Victims will not routinely be scheduled for examination if adequate evidence exists to support their allegations.

8. In the event an employee of the City of Jackson becomes involved as a suspect or witness in a criminal investigation, he or she will be treated in the same manner as any other citizen. No employee of the Jackson Police Department will be scheduled for examination without the prior approval of the Chief of Police or his designee.

9. No political official or sworn officer with any agency will be scheduled for examination without first informing his supervisor or Agency Director.