Jackson Police Department

327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

To: Ucona Carter
Detention Officer

From: James E. Davis
Chief of Police

Date: 9-21-20

Re: **Disciplinary Action- Termination**

By way of this letter, you are hereby notified that the City of Jackson Police is terminating your employment based on the following charges and specifications:

On May 13, 2020, Sergeant Michael McGee started conducting interviews in reference to the leaking of confidential information from the Jackson Police Department. You were one of the individuals interviewed in reference to this inquiry. During your interview you denied leaking confidential information and were scheduled to take a polygraph. It was determined that you were not being truthful during the exam. Therefore, after the Polygraph Exam was conducted, you admitted to the Polygraph Examiner Velisa Walker that you had given confidential information to formal Jackson Police Officer Constance Hughes. You also admitted to leaking information about Corporal Mark Coleman's arrest and searched Cisco for information as it relates to incidents involving Officer Miron Smith and Detective Rhonda Daniels, given it to Ms Hughes.

Your actions have been investigated and reviewed. Based upon such investigation and review, it has been determined that you are in violation of the following:

**Employee Handbook**

**Section 11 Conduct And Discipline**

**11.2 Improper Employee Conduct**

Improper conduct may be cause for disciplinary action. The term "improper conduct" means not only any improper action by employees in their official capacity, but also conduct by employees not connected with their official duties that affect their ability to perform official duties, and any improper use of the position as employees for personal advantage. In addition, improper conduct includes, but is not limited to, the following:

**11.2.2** Willful violation of any lawful and reasonable regulations, orders, or directives made or given by authorized supervisors or City management officials where such violation has amounted to a breach of proper discipline or has resulted in loss or injury to the public.


EXHIBIT E

Ucona Carter
Page 2
_____, 2020

11.2.8 Careless or negligent use of the property of the City, or unauthorized use or appropriation of City property to one's own use, including but not limited to funds, vehicles, equipment or supplies.

The violation of internal rules and procedures established by appointing authorities is grounds for disciplinary action pursuant to Rule XII, Section 2, Provision 1.2 of the City of Jackson Civil Service Rules.

The effective date of your ~~suspension~~ Termination is  Sept 2, 2020

You have ten (10) calendar days from the date of notice of this disciplinary action in which you may request in writing, a hearing before the Civil Service Commission to determine whether such disciplinary action was or was not in good faith and cause. The Civil Service Commission's office is located at 100 Metrocenter Drive, Suite 102 (Metrocenter Mall).

Approved by: *(signature)*

James E. Davis
Chief of Police

I certify that the original of this letter was served on  Sept. 2, 2020  by

*(signature)* Barbara Johnson-McNeal

Received by:

*(signature)* Ucona Carter

Ucona Carter
Detention Officer

cc: City Personnel
    City Legal
    Departmental Files

IAD #082-20
JED/bfm

Ucona Carter
Page 2
07·16, 2020

**11.2.2** Willful violation of any lawful and reasonable regulations, orders, or directives made or given by authorized supervisors or City management officials where such violation has amounted to a breach of proper discipline or has resulted in loss or injury to the public.

**11.2.8** Careless or negligent use of the property of the City, or unauthorized use or appropriation of City property to one's own use, including but not limited to funds, vehicles, equipment or supplies.

The violation of internal rules and procedures established by appointing authorities is grounds for disciplinary action pursuant to Section 11.3.2 of the City of Jackson Employee Handbook.

Please be advised that you have the right to appear at a pre-suspension hearing to be held on July 22, 2020 at 10:45 am at 327 East Pascagoula Street, Room 335 (Office of the Chief). You may bring one person of your choosing to attend this hearing as an observer. If you choose, you may respond to the charges set forth in writing, prior to the date and time of the pre-suspension hearing. If you fail to attend the hearing or submit a written response to the charges, a recommendation will be submitted to the appointing authority for your suspension.

Approved by:

*[signature]*
James E. Davis
Chief of Police

I certify that the original of this letter was served on 07·16·20 by

*[signature: Michael M Em]*

Received by:

*[signature: Ucona Carter]*
Ucona Carter
Detention Officer

cc: City Personnel
    City Legal
    Departmental Files

IAD #082-20
JED/bfm