**PERSONNEL ACTIONS**                         Section 4 - Page 4

*Revision Date: 1/5/96*

---

4.5.5   If employees are *transferred* to another department to perform a different job during the probationary period, the probation will be extended for another twelve (12) months.

4.5.6   Employees on probationary status may be suspended without pay, demoted or dismissed by the *City* at any time, with or without cause, and without right of appeal.

4.5.7   Probation may be extended for cause, with the approval of the Mayor's Office.

4.6     **Permanent Status Under Civil Service**

4.6.1   Permanent Status is achieved after satisfactorily serving the required *probationary period* in a *classified position* upon approval by the *Civil Service Commission*.

4.6.2   The Department of Personnel Management shall be responsible for making a written recommendation to the Civil Service Commission regarding permanent appointment for employees. Upon notification by the Department of Personnel Management, the Commission shall certify and induct the employees as a permanent appointment and the employees shall then be entitled to all Civil Service benefits.

4.6.3   Permanent status may not be granted to any employee whose services have not been rated as meeting *City* standards, and who have not received *Department Director*'s approval.

4.6.4   When employees under Civil Service are promoted to positions in the Classified Service, they shall be required to complete satisfactorily a period of six (6) months probation in the promoted position. (Sworn police officers shall be required to complete a one (1) year probationary period; please refer to Police Department Procedures and Civil Service Rules.) During this probationary period, the *promotion* may be reverted to the previous position held or its equivalent. If this occurs the reason shall be documented.

→ 4.7   **Temporary Appointment**

4.7.1   A *temporary* appointment is one established to meet staffing requirements of short-term duration such as emergency, extra workloads,

EXHIBIT E

*Words in italics are defined in the Appendix.*

|        |                                                                                                                                                                                                                                                      |
|--------|------|
|        | vacation relief, paid sick *leave* or other situations requiring short-term fluctuating staff needs. |
| 4.7.2  | Temporary employees shall not be entitled to the benefits granted *regular full-time* employees. |
| 4.7.3  | Time spent in temporary status shall not be considered as service toward fulfillment of any *probationary* appointment. |
| 4.7.4  | Persons in temporary status shall be paid an hourly rate established by the Department of Personnel Management, which shall not exceed the rate established for comparable *full-time positions*, and pay shall be exclusively for hours worked. |
| 4.7.5  | Temporary positions may be established by the Department of Personnel Management when deemed essential to the work program. |

### 4.8  Promotions

| | |
|--|--|
| 4.8.1 | *Promotions* involve elevation from one *classification* to a higher classification, as a result of a *position* announcement, testing and the selection process. Duties in the new classification shall include supervision or oversight of those in the former or similar classifications. |
| 4.8.2 | A mere change of classification to a higher classification shall not be sufficient grounds for an automatic pay increase. |
| 4.8.3 | Positions may be filled by promotion from within or on an open competitive basis. Determination of the method of selection shall be recommended by the Department of Personnel Management with approval by the *Civil Service Commission*, as applicable. |
| 4.8.4 | Employees with one (1) year of satisfactory service in their present position are encouraged to apply for promotional vacancies. The Police and Fire Departments have specific time-in-grade eligibility requirements, and employees of those departments should consult their department handbooks and/or *Department Director* for further information. |
| 4.8.5 | Final selection of an applicant for any position shall be made by the Department Director and approved by the Department of Personnel Management and the Mayor's Office in accordance with established procedures. |

*Words in italics are defined in the Appendix.*