**Rodney Daniels**

| | |
|---|---|
| From: | Deric Hearn |
| Sent: | Friday, August 9, 2019 4:10 PM |
| To: | Sequerna Banks; Stacey O'Quinn; Michael Martin; Garry Arthur; Michael Outland; Rhonda Daniels; Melvin Williams; Dejon Arterberry; Craig CTC. Crowley; Rodney Daniels; Jacquelyn Gardner; Patricia Barnes; Kristen Crump; Victoria Montgomery; Sammie Neal; Janice Henderson; Jerrick A. Taylor; Sharon Jordan; John Mason; Mamie B. Barrett; Andrew Harris; Stephanie Horn; Obie Wells Jr.; Michael Pugh; Pammela H. Rigby; Jonathan Ridgley; terry dismuke; Roderick Holmes; Yelinda Packnett; Jarron Carter; Jasmin Haynes; Terrance D. Jackson; Kevin McNeal; Kevin Nash; Martha A. Dee; Jacquelyn Thomas; Brandon Caston; Scott Albrecht; Jennifer Bowers; Desmond Barney; Roy Dickerson; Anthony Fox; Warren Hull Jr.; Timothy Bailey; William Kendrick; Devonta Recio; Altrich Harvey; James Barnes; Curlene Bell; Paul Hobson; Jerry Shoulders; Daryl Owens; Lincoln Lampley; Brian Blanford; Kelcey Huffman; Bruce Triplett |
| Cc: | James Davis; Ricky Robinson; Patricia Reid; Sequerna Banks |
| Subject: | To all Major Investigation Personnel-Timekeeping Policy |

This email is generated due to the continuous violation of the City of Jackson's Timekeeping Policy for Kronos. On March 9, 2015, the City of Jackson established a Timekeeping Policy, which went into effect March 16, 2015. All employees were provided a copy of the policy, as well as signed for it indicating receipt/knowledge of said policy. Specifically, the policy addresses the issue of clocking in and out.

Per the policy, both **Exempt** and **Non-Exempt** employees are to clock in and out at their assigned duty location. Due to the recent discrepancies and inconsistencies in kronos, the following directive is effective immediately:

### Clocking In and Out

"All Exempt and Non-exempt employees (excluding the Mayor, elected officials and employees appointed by the Mayor) must record time and attendance using the KRONOS system. The Exempt employees will clock in at the time that they are scheduled to report to work and clock out at the time that they are expected to end their work day for the purpose of only showing attendance and punctuality."

JPD personnel (i.e. Commanders, Lieutenants, Sergeants and Administrative staff) will utilize the Kronos clock in their respective duty areas to clock in and out each work day. (**No personnel will utilize outside duty location to punch in and out from duty that are not their *assigned* duty location for clocking in and out.**

### Tele-time

Tele-time is no longer authorized for clocking in and out for your regular duty hours. **Tele-time is also no longer authorized for call-out purposes.** Call-out Personnel will utilize the closest destination area or precinct **to clock in and out during call-out purposes only.** Each Personnel (Detective) will utilize their "Police Radio" to inform the Police Dispatcher that they are going 10-8 with their time and location, and also 10-7 with their time and location during call-outs. All personnel will provide daily documentation to their immediate supervisor except on weekends the **Date, Location, Case Number or Incident Number and Time of Occurrence** regarding all time worked outside of their scheduled work days and scheduled time worked. Sergeants are to provide the Commander or the Deputy Chief this information daily, except on weekends events which are to be provided on Monday when employees (sergeants) return to regular scheduled duties.

### Deferred Time



1

All deferred time must be pre-approved by the Deputy Chief of the employee. The Deputy Chief must and only make notation(s) in Kronos reflecting specific information referencing the alleged deferred time earned. (i.e. West Jackson Homeowners Association Meeting, National Night Out, End of Pay Period Approvals, Criminal Investigation Follow-up, Date, Location, Case Number or Incident Number and Time of Occurrence information will be provided.) Commander, Lieutenant(s), Non-exempt employees will provide this information daily to the Deputy Chief except on weekends, this information must be provided no later than on Monday when returning for regular duty.

There must be full accountability for all hours claimed outside of the Exempt employees regularly scheduled duty hours. Failure to receive **prior approval, notate specifics on each day of deferred time accrual, and clock in and out** will prohibit the authorization of any deferred time earned.

*Deric Hearn*

**Deputy Chief of Major Investigations**
**Jackson Police Department**
327 East Pascagoula Street
Jackson, MS 39205
derich@city.jackson.ms.us

Office: 601-960-1623
Fax: 601-960-1642
Cell: 601-500-2571