**Detective Rhonda Daniels**

The Complaints I have that's been done to me under this Current Administration.

We are short in the unit and are in dying need of help. The unit has been short for the last three years. We have been told by this Administration that they could not provide us with any type of help because the Police Department as a whole is short. We are over worked, assigned too many cases to the point it is impossible to keep up.

**We were taken out of the Office to work the Flood Disaster in March 2020.**

-We answered calls for service in unmarked vehicles

-We still were responsible for the cases that were coming in. It was impossible.

**We went from that detail to the Belhaven Detail.**

-We still were responsible for the cases that were coming in. It was impossible.

- Our off days were altered with no noticed.

**We then went to the Impound lot Detail.**

-We were also out there in unmarked vehicle.

-We were not provided a place to use the bathroom and in results of that I had to use the bathroom outside behind my car.

- Our off days were altered with no noticed.


My biggest issue is The Domestic Violence situation I went through. I feel like I was discriminated against because of my sex/gender. I have proof my punishment was not warranted because the young lady dropped the complaint and because of who I was they continued the punishment.

All paperwork is attached in the folder pertaining to that case.



# MEMORANDUM
## INTERDEPARTMENTAL

To: James Davis, Chief of Police
Cc: Rickey Robinson, Assistant Chief
Deric Hearn, Deputy Chief
Donald Gater, Commander
L.C. Russell, Sergeant

From: Detective Melvin Williams
Detective Tonia Williams
Detective Rhonda Daniels

Date: November 12, 2018

Re: Request for Additional Help in Auto Theft Division.

It was brought to our attention that Detective Rhonda Daniels had received over 40 cases in one week. In return Detective Melvin Williams has received 25 cases within two weeks, since coming back to the unit along with Detective Tonia Williams has receive 23 cases ending on November 9, 2018. Let's stop overlooking as if this unit can be actually be ran with three Detectives only, with the size of Jackson along with the surrounding agency. We once had eight Detective's in this unit and now we only have three compare to the other units beside of cease fire unit which they only has two Detective's but they don't have the case load that we have. Be aware we are under staff and over work, with that said we have seen two Detective within the Auto Theft Division to leave because of lack of man power and under paid. Over several years now this unit has only been working with only four Detectives, which at this time we are down to three. We are asking for more help in this unit so that we can be more effective please help us with this matter.

## Rhonda Daniels

| | |
|---|---|
| From: | Michael Outland |
| Sent: | Monday, May 11, 2020 10:34 AM |
| To: | Obie Wells Jr.; Sammie Neal; Roderick Holmes; Sequerna Banks |
| Cc: | DeJon Arterberry; Rhonda Daniels |
| Subject: | Impound Lot (Auto Theft Detectives) |

Tuesday, May 12- Rhonda Daniels
Wednesday, May 13- Rhonda Daniels
Thursday, May 14- DeJon Arterberry
Friday, May 15- DeJon Arterberry

*Michael X. Outland, Sr.*
**Sergeant Michael X. Outland, Sr.**
**Accident Reconstructionist #118**
**Instructor #1730**
**eCrash Administrator**
**Accident Investigations**
**Auto Theft**
**Jackson Police Department**
**327 E. Pascagoula Street Jackson, MS 39205**
**Phone:601-960-1353**
**Cellular:601-213-8396**
**Fax:601-960-1642**
**Email:moutland@city.jackson.ms.us**



CONFIDENTIALITY NOTICE: This electronic communication and/or any accompanying document(s) may contain CONFIDENTIAL information belonging to the sender, which is protected by multiple legal privileges. This information is intended only for the use of the individual and/or entity identified herein and/or above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately of same and arrange for the return of any communication and/or accompanying documents

1



Jackson Police Department
327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

Chokwe Antar Lumumba
Mayor of the City of Jackson

# MEMORANDUM
## INTERDEPARTMENTAL

To:   Chief of Police, Lee Vance
      Assistant Chief Allen White

Via:  Deputy Chief Tyrone Buckley
      Commander Tyree Jones
      Sgt. Cedric Myles

From: Detective Rhonda Daniels

Date: 10/23/2017

Re:   Harassment

---

On October 19, 2017 I, Detective Daniels 1771 informed my supervisor Sergeant Myles via text message at 6:32 am advising him that I was having some medical issues and I was not able to come to work. I advised him that I received my lab work the day before from my doctor's office and he advised that my blood pressure and blood sugar was up due to stress. Sergeant Myles began to call my cell phone at 7:18 am and continued to call 6 additional times up until 7:45 am. He also left 4 voicemails. Once I woke back up and realized that he called me so many times I returned his call to see what was the urgency. Sergeant Myles answered his phone and stated to me that I got your text where you say you are sick but can you still come to work. I advised him per my doctor that I need to be resting. He then asks me again can I please come to work with all disregards of my health condition. I stated to him again that I was unable to come to work and perform my job duties effectively. After advising him of that he was very persistence that I come to work. He then stated that Det. Melvin Williams was not coming to work due to an eye condition. He also stated that he had an idea of what was going on. He then asked me did I have the paperwork to prove my health condition. I then told him that at this point I feel like I am being harassed and I was going to contact someone in regards to that. He then stated to me that he didn't care about who I contacted but could I still come to work. I later spoke with Det. Melvin Williams and asked him did he receive a call from Sgt. Myles in regards of missing wok on the same day I did. He stated that he did not receive a call from him.
Sgt. Myles has displayed behavior and patterns of behavior where he has singled me out from other detectives in the office. I have reason to believe his actions are due to my sexuality. Sgt. Myles continues to show no respect for me and disregard for my personal situations. These



Jackson Police Department
327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

Chokwe Antar Lumumba
Mayor of the City of Jackson

actions are not shown toward the other detectives in the office. There is an outright display of differences regarding how I'm treated.

The actions of Sgt. Myles have created a hostile environment within the Auto Theft Division. Detectives have expressed their frustrations on several occasions to the chain of command and the behavior of Sgt. Myles has continued. The chain of command has not effectively addressed these issues. Detectives in Auto Theft are stressed to the point they have contemplated physical actions against Sgt. Myles. This type of behavior is unacceptable and unsafe. I am well aware that harassment in any form is not accepted within the Jackson Police Department policy and general orders.

I have exhausted all means to resolve this matter and respectfully request to meet with Chief Vance to address this matter.

Jackson Police Department



327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

Dec. 15, 2017

Rhonda Daniels
Detective
Auto Theft Division

RE:             Internal Affairs Complaint
Allegation:     Conduct and Behavior
IAD Case #:     194-2017

Detective Daniels

This letter is to advise you of the results of an Internal Affairs investigation into your complaint against Sergeant Cedrick Myles.

We have concluded our investigation and the results have been examined and reviewed. The allegation has been classified as **Not-Sustained**- evidence is insufficient to either prove or disprove the allegation.

Therefore, this division can take no further action, and no charges will be brought or disciplinary action taken against any party concerning this matter.

Sincerely,

Lee Vance
Chief of Police

LV/tc

Jackson Police Department  327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

January 15, 2019

Rhonda Daniels
Detective
Auto Theft

RE: Complainant: Chief of Police
Allegation: Conduct Unbecoming of an Officer
IAD Case #: 180-19

Dear Detective Daniels:

This letter is to advise you of the results of an Internal Affairs investigation against you for Conduct Unbecoming of an Officer.

An investigation was conducted and the results have been examined and reviewed. The allegation has been classified as **not sustained;** insufficient evidence to prove the allegation. Therefore, this division will take no further action, nor will any charges be brought or disciplinary action taken against you concerning this matter.

Sincerely,

James E. Davis
Chief of Police

JD/mm



Jackson Police Department
January 17, 2020

327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

Rhonda Daniels
Detective

By way of this letter, you are hereby notified that you have been cleared to return to active duty as a sworn police officer with the City of Jackson Police Department. You are to contact Deputy Chief Deric Hearn at (601) 960-1623, for your duty assignment.

James E. Davis
Chief of Police

I certify that the original of this letter was served on __January 17, 2020__ by
Michael McS_____

Received by:
_Rhoda DG_
Rhonda Daniels
Detective

JD/bfm
IAD # 180-19

Jackson Police Department  327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

November 14, 2019

Rhonda Daniels
Detective
Major Investigation

By way of this letter, you are hereby notified that effective immediately and until further instructions from the Chief of Police, you are relieved of your official police duties with the Jackson Police Department.

Effective immediately, you have been reassigned to the Major Investigation Division pending the final results of an administrative investigation being conducted against you. **Your police powers are suspended and you are not to perform any duties of your office during this time.** You are also restricted from working any off-duty or part-time assignments. You are to contact Deputy Chief Deric Hearn at (601) 960-1623 for your duty assignment.

The purpose of this letter is not to suspend you from the classified service of the Jackson Police Department either indefinitely or temporarily, but until such time as a full investigation is completed. Upon completion of the investigation, a review will be made as to whether or not you may return to your official police duties with the Jackson Police Department.

James E. Davis
Chief of Police

I certify that the original of this letter was served on November 15, 2019

by Michael McR_____

Received by:

Rhonda Daniels
Detective

JD/bfm
IAD #180-19

Jackson Police Department  327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

November 18, 2019

Rhonda Daniels
Detective
Major Investigation

By way of this letter, you are hereby notified that effective immediately and until further instructions from the Chief of Police, you are relieved of your official police duties with the Jackson Police Department.

Effective immediately, you have been reassigned to the JPD Records Division pending the final results of an administrative investigation being conducted against you. **Your police powers are suspended and you are not to perform any duties of your office during this time.** You are also restricted from working any off-duty or part-time assignments. You are to contact Deputy Chief Tina Wallace at (601) 960-1951 for your duty assignment.

The purpose of this letter is not to suspend you from the classified service of the Jackson Police Department either indefinitely or temporarily, but until such time as a full investigation is completed. Upon completion of the investigation, a review will be made as to whether or not you may return to your official police duties with the Jackson Police Department.

James E. Davis
Chief of Police

I certify that the original of this letter was served on __November 18, 2019__

by __Michael M²__

Received by:

Rhonda Daniels
Detective

JD/bfm
IAD #180-19