



















Jackson Police Department
527 East Pascagoula

Jackson, Mississippi 39205-0017

Post Office Box 17

# MEMORANDUM
# INTERDEPARTMENTAL

To: Tamarra Bowie, EEO Officer

From: RaKasha Adams, Patrol Officer 2472

Date:  Friday, November, 1 2019

Re: Workplace Harassment and Discrimination

I Officer RaKasha Adams # 2472 am filing a formal complaint for workplace harassment and discrimination against my employer (The City of Jackson Police Department). I've been employed with the city for a little over three years now and I've had some rough patches along the way. Throughout all the bad times, and slandering of my name I still held my head high with a smile on my face, because I love my job. I can honestly say many people who attempted to walk in my shoes couldn't say the same words.

During my tenure at this department I've had great times and bad. I've been named Officer of the year for my Precinct and Officer of the month for my shift. I've also had two fatal shootings, but those two shootings seem to be the only thing this administration remembers me for. I've been placed on administrative leave with pay three times. I've been reassigned three times, all three without paperwork or justification of the reassignment. The last leave was pending a medical evaluation, and was cleared on September 20, 2019. From my knowledge I was clear to return to duties as an active duty police officer. The City of Jackson Police Department has not gone over any discrepancies (if any) were found with the medical evaluation that caused me to be reassigned.

I was cleared on October 23, 2019 after I wrote a letter to the City's EEOC person Ms. Tamarra Bowie. I returned to work October 24, 2019

and was placed in Teleserve my most recent reassignment. Teleserve is a seated position where the administration usually puts officers that are on modified duty. There was a memo (This is how the department notifies others that a position has been filled or that there is an opening for a position) that went out that assigned me to this position, where I don't have a clear description of my job duties, besides take reports from complainants that come to headquarters. This position was currently held by a Corporal (Mary James) on modified duty whom they (the administration) moved to the training academy as an administrative assistant.

Since my short time in the Teleserve area I have been harassed, taunted, and put in uncomfortable situations. As a human, and a female working in a male dominant profession don't feel as if I should have to deal with this type of aggression in my workplace from the very people who are here to protect me and have my back. These are the reasons we have the Title VII of the Civil Right Acts of 1964.

On October 24, 2019 (My first day at work) I asked Commander Tyrone Buckley what was my job description and what was my uniform for the day. Commander Buckley stated my job was to take reports and work from Monday through Friday from 8 am to 4pm. Commander Buckley looked at my clothes at that time I had on a pair of battle dress pants (Due to I had just left the gun range) and a black collar shirt, and said that should be fine. He immediately recanted his statement and stated "Well just for tomorrow let's just go with the regular black top and black pants because the chief just wrote up some officers in Precinct 4 and we want to be safe".

On Friday afternoon October 25, 2019 Commander Buckley called the Teleserve office phone, yelling because I clocked in to early around 0730. I nicely said okay, to end the conversation with him and not to upset myself. By the tone and the comments Commander Buckley made, I felt as if he was insinuating that I was trying to steal company time. I never said anything I figure this too shall pass. On Monday October 28, 2019 while taking some completed reports to Sergeant Kim Brown, Commander Buckley stated (in front of everyone in the Community Relations office) "Officer Adams who authorized you to wear that"? (I had on a pair of blue slacks a white and blue top with some brown flats)

I replied "You told me to wear the black uniform on Friday and you would back to let me know something, but you never came back or called me to say anything different". Commander Buckley proceeded to get loud and stated well you will wear a black police officer uniform. I was embarrassed, humiliated, and ashamed to the point when tears began to roll from my eyes. I tried as hard as I could to hold the tear as still I asked Commander Buckley "Yes sir." I have never disrespected anyone on this administration to deserve this type of harassment and discrimination and even a disrespectful employee doesn't even deserve this type of harassment.

On the same day I was given permission to wear business appropriate clothes by Deputy Chief Tina Wallace due to it being a seated position; however she did tell me the chief or Assistant Chief had the right to override her decision. On October 31, 2019 at Sergeant Kim Brown stated on the authority of Commander Buckley I was to wear my full police uniform at all times. Commander Buckley then came into the officer to make sure the Sergeant Brown did her job, so I asked him nicely and respectfully again if I could get a list of my job description and my dress code in writing. Commander Buckley became hostile and began to raise his voice. Commander Buckley stated "This is per the Chief so you mean to tell me you still need this in writing?" I replied "Yes sir please in a timely manner, so I can perform my job duties to the best of my abilities." Commander Buckley walked out and returned with Sergeant Kim Brown. Sergeant Brown elaborated on the uniform once again as she did over the phone this time with Commander Buckley standing over her left shoulder. Sergeant Brown asked if I had any questions and I stated "Yes ma'am, can I please have it in writing please. In this department Sergeant Brown if it's not in writing then this conversation that we are having never happened. So please, I need that in writing." Sergeant Brown reassured me that it would be in writing as well.

There is not an issue with me wearing my Police issued uniform. The issue comes in where I'm being harassed about wearing a uniform when technically there is no assigned uniform for the day according to the General Orders. If there is then everyone including detectives are supposed to be in the all black city issued uniformed. The only exception is an undercover officer and we don't have those at the moment. If we

are not going to abide by the guidelines of the General Orders when why use them? We as a department have to stop using the General Order as a loophole when we need a way out of trouble. It cannot just be a source to grab when you want to punish an officer, or just to use when to need the law to go in your favor.  We have the Traffic Division in three different uniforms, we have the Vice and Narcotics who wear whatever they see fit for their liking and nothing is ever said. Then there are the officers assigned to the impound lot, they are still Jackson Police Officer's when did it become okay to wear jeans and a tee-shirt every day? When Officers are placed on modified duty they are out of uniform and in battle dress pants and a collar shirt or some just wear civilian clothing. There is no distinction between patrol and detectives from the uniform of the day to the pay. There is nothing in the General Orders that states that a Detective is allowed to wear business attire, because he/she works at headquarters. There is a nice profession look on it, but it's not in the General Orders. Not every detective abides by this made up dress code, some wear their battle dress pants and a collar shirt with black boots. There are people like Corporal Nichols who was placed in background investigations/grants when she was on modified duty. Corporal Nichols has been cleared from her injury and however she has not been put back into her precinct and is able to dress in business attire on a daily basis. Corporal Nichols has also been issued an unmarked patrol vehicle. Corporal Nichols is getting all the perks of a detective when she has not gone through the proper channels and the precincts are extremely short staffed.  However that job was never posted to the rest of the department. Then you have others like Corporal Suttles, who don't wear a full Police uniform. He wears a black shirt, without his bullet proof vest and with a full duty belt. There has never been anything out in writing as a dress code it's always been word of mouth and people follow. It's time for a change to make this department operate on greatness for both males and females. I mean if you really think about if you want to talk about a dress code, make an updated General Order and specify what corrections need to be made. I feel as if the Chief can wear a Police uniform everyone can. It's like I said earlier if it isn't in black and white it never happened in this department.


With all the issues going on I don't feel like I should be embarrassed and harassed about something as simple as a uniform. My reasons for

not wanting to wear the uniform is because I have a target on my head from my incidents, and my personal vehicle is used to transport my kids. On my second reassignment (working the front desk) I asked both Chief James Davis and Assistant Ricky Robinson for a city vehicle due to being on three years and being assigned to headquarters. I was told by both men we will see about that, but we are low on vehicles. When I went out on leave my replacement was Officer John Young who at that time had been reassigned to the jail for an incident where he was sleeping on the job. The incident was recorded and placed over social media. This was the second time to my knowledge of an incident of this kind of Officer Young sleeping on the job, but the first that any disciplinary action was taken. Officer Young was reassigned to the jail, but he is and still was able to work overtime and the city issued vehicle was never taken away. While I was off on leave there became a bigger shortage in vehicles in the precincts, therefore Officer Young's city issue vehicle was pulled back to precinct four. The department immediately issued Officer Young a flat top patrol car, due to him working downtown. I cannot understand the difference between Officer Young and I beside he's a male and I'm a female. How is it possible for the department to accommodate an officer who's had two serious incidents that the General Orders states an officer will be terminated, but taunts me for simply coming to work or protecting myself in the line of duty?

My issue to be fair, firm, and consistent, with all officers, not just some, no matter if they male, female, went to the Jackson Police Academy or the Mississippi Law Enforcement Training Officers Academy. My reasoning behind this is simple. I'm being harassed at work for defending myself in the line of duty. Some of the harassment may have to do with the ongoing lawsuit that my fellow coworkers and I have against the city, however they won't admit that due to retaliation. I have come to work each and every day and performed my job without any complaints from the citizens, or my superiors. I have kept my private life unsullied and have not brought on discredit to my agency. However there were times while I was working the front desk when Chief Davis would come, while other officers and citizens were around getting ready for court. Chief Davis would yell at me calling me unprofessional, say that I'm only there to gain a paycheck, and he needed me to get his front area in better shape now before I be out the door. This was something Chief Davis did at least one a week and it got

to the point that it was the reason for me requesting leave in August. I had to tell Chief Robinson it was dealing with a male subject, because I know I would not have been granted administrative leave any other way.

The issue comes in when I'm being talked to in a disrespectful manner for no reason, because this administration has put their personal feelings into their jobs. My issue is when I began to lose sleep at night, because my job has become too stressful again. The issue is when my superiors walk into the room I feel as if I'm in an unprotected environment, not knowing what his/ her next move may be. I have become fearful at dealing with certain people at my workplace, and I don't feel that there's anyone who can or will protect me against them. This is not about a dress code, this is about being harassed and bullied to a point that I don't know where to turn. I can't ask anyone else for help, due to the harassers being public servants and the one's who're in total control of the police department.

What I am asking for is fairness and the ability to work in a place where I am treated equally as my coworkers. I'm asking if there was a discrepancy in my medical evaluation that caused me to be reassigned that someone explained the contents of those findings. I'm asking if; I have to wear a full police uniform then tell me and not holler at me and harass me. I'm asking that I get treated with the same respect as other officers on this force, and not humiliated, or embarrassed in public or private. I'm asking that the department hear my cry, and that I'm working under hostile conditions that are unjust.

RaKasha Adams
Patrol Officer RaKasha Adams 2472.



Jackson Police Department
327 East Pascagoula

Jackson, Mississippi 39205-0017

Post Office Box 17

# MEMORANDUM
## INTERDEPARTMENTAL

To: **Commander Jaye Coleman**
   **EEO Officer Tamarra Bowie**

From: **RaKasha Adams, Patrol Officer 2472**

Date: **Thursday, May 28, 2020**

Re: **Workplace Violence, Retaliation, and Harassment.**

On Friday May 21, 2020, I Officer R. Adams received a call from Deputy Chief Hearn advising me to report to the City of Jackson Animal Control Center. I immediately went to Assistant Chief Ricky Robinson Office to inquire why I was being reassigned yet again. Chief Robinson was in a meeting with Deputy Chief Hearn and wasn't able to speak with me at the moment, so he scheduled me a meeting for Tuesday May 26, 2020 @ 0940 hours.

When meeting with Chief Robinson and Deputy Chief Hearn, I asked why I was being reassigned to the dog pound. I brought to Chief Robinson's attention that when an officer is reassigned to the pound it's usually a form of punishment. Chief Robinson was unable to give a ligament reason for the transfer, only that's where I was needed at the time. I explain to Chief Robinson that I was stressed and needed to be on leave, because of the constant moving of departments. Chief Robinson stated "You're not stressed you're just upset right now." I looked at Deputy Chief Hearn with tears flowing down my face and asked " Chief, don't I look stressed to you?" Deputy Chief Hearn replied I'm not a doctor Adams I can't tell you how you feel.

I explain to Chief Robinson that only three weeks ago, he had just moved me to the Auto Theft Division to help Deputy Chief Hearn with an Auction. I express how I was given one hundred and fifty eight cases and in less than three weeks completed all but 15 of them. I added that every task that I've been given, I've not only mastered, but I've mastered with great customer service skills. Chief Robinson agreed and stated that's why he needed me at the pound and that the workers there were being threatened. Chief Robinson stated he needed an officer there with a service weapon to protect the people working from the citizens making threats and wanting to harm them.

I then explained to Chief Robinson that it was my understanding that I wasn't allowed to work the streets and that's why I was stationed at headquarters. Chief Robinson replied "No we never said you couldn't work the streets". I quickly refreshed his memory to October 2019 when I was assigned to Teleserve, but Chief Robinson claimed the order came from over his head. However Chief Robinson claimed the transfer was not a punishment, a harassment, or a retaliation issue, just where they needed a great officer at the time. I once again stated to Chief Robinson that I was stressed and probably needed to be put on Administrative Leave until I see my counselor. Chief Robinson stated you don't want that you're going to be fine.

I honestly feel as if Chief Robinson or Chief Davis does not care about my safety at this point. Chief Robinson expressed that the workers at the pound are being threatened and the citizens come put there to harm them. Chief Robinson stated he needed an Officer with a service weapon to protect the people there. I have used my service weapon twice in the line of duty during my tenure at this department and I've only been on four years. For the Chief and Assistant Chief of Police to place me in a position where they are stating and acknowledging that an issue exists where I would have to possibly use my weapon again shows they are frivolous individuals or lack leadership.

I have a different opinion that the Assistant Chief in this matter. Since my tenure with this department or this administration I've had a target on my back. No matter how good of a job I do, or how hard I try to let the past stay the past it seems to me this administration is out to destroy me. In the past eight months I've been moved three times, and in the past year I've been moved five times, but not one of those positions Patrol Officer in which I came. The department told the civil service committee that it would put me back in my position in which it failed to do so. Now Chief Robinson is putting me in a situation where he claims people are being threatened and putting my life on the line again without proper back up or justification.

Chief Robinson has also put me in a stressful work environment and unsafe work environment. It seems the administration is trying to retaliate against me or harass me for previous events that happened during my tenure with this administration. According to Chief Robinson no one in the department is out to get me or is harassing me, at this time I've shown great skills at everything he's asked of me and this is just another task he needs my help on.

On Wednesday May 27, 2020 I reported to the pound and the place was horrible. The smell was so awful I vomited when entering the facility. The office was filled with rat feces all over the floor and desk area. Upon entering the restroom area I was baffled on the condition. There was glass and trash all over the floors . There was no toilet paper anywhere and the smell was ridiculous. I take medication for migraines which makes me use the restroom a lot during the daytime hours and I was unable to do so in this facility. As a thirty six year old woman of good health it was absolutely demoralizing to soil my clothes, due to the retaliation, harassment, and sexism I'm facing with this administration.

I was able to leave the facility to shower and change my clothes. I returned with cleaning supplies (purchased with my own money, like I have done in every other area I've been moved to) and tried to clean the desk and floor area in the office first. While getting the trash up four rats appeared on the floor in the area close to the door. I immediately jumped on the desk where I was stuck for ten minutes. I made several calls for help to officers, Commander Coleman, and Chief Robinson, but was unable to get an answer (due to me being terrified of rats and several other animals as I told Chief Robinson).

I was able to make contact with Corporal Adelbert Moore who sent Officer J. Dotson to assist me. Before Officer Dotson arrived I was able to gain the attention of the maintenance guy Phillip who was driving truck TK-744. I explained to Mr.. Phillip that several rats were inside the room and I needed his assistance getting out of the office. Phillp came into the office and helped me out. While standing on the desk my heart rate elevated, and I began to cry, and sweat. I felt like I was having a panic attack and could not remember the tips to calm down from my therapy.

Commander Coleman called back and I explained the situation to him and he asked why I was breathing so rapidly. I explain that I was trapped on the desk until I was able to get help out of the office from the maintenance guy Phillip. I then asked for permission to go to the Personnel Office due to being stressed. I was granted permission by my supervisor.

At approximately 1325 hours I received a call from Commander Coleman, who stated I needed to be at headquarters to take a polygraph test on Thursday May 28, 2020 at 1030 hours. Commander Coleman stated Ms. Walker will be issuing the test and will be expecting me. I am on board with taking a test, for whatever reason a test is being given. However is the reasoning for my reassignment why I'm being tested?

I was called to Internal Affairs in regards to a picture of Corporal Mark Coleman that was leaked on social media. I was completely honest with Commander Folsom-McNeal and Detective McGee about not having any knowledge of how the picture was leaked. I then explained the booking process and the fact that not only are the officer/detention officers in the jail able to see that particular screen. At that time I was not asked to take a polygraph test, but for some reason now I am.

While meeting with Chief Robinson he stated you had a concern about you being moved in reference to a picture. I confirm yes sir the picture of Corporal Coleman that was leaked on Facebook. Chief Robinson replied he didn't have any knowledge of what I was talking about? I stated I'm sure you do, because I was called to Internal Affairs in reference to it and it was all over social media. Chief Robinson stated he has a social media page lost somewhere, but never heard anything about a picture being leaked. I'm just trying to get some answers of why I'm constantly being harassed and being treated unfairly in this department. When a person has done the duties that I've done it

seems the administration would appreciate them, but in my case it's just the opposite. With the constant movement I'm not given any stability or an opportunity to grow within this agency. With this particular move I wasn't given a temporary transfer order which is the normal process, so I'm still confused on why I've been reassigned. I'm not the only person who's being given the polygraph test, but I am the only person who was moved to an unsanitary, unsafe work environment without any justification.

I'm begging this administration to please stop violating Title VII of the civil Rights Act of 1964 and the retaliation against me. I have contacted my PBA lawyer and was made aware of this situation. I'm trying to settle this in house, but without the adequate results I will be forced to contact The U.S. Equal Employment Opportunity Commission (EEOC) to assist me with this issue.

RaKasha Adams
**Patrol Officer RaKasha Adams 2472.**

Jackson Police Department



327 East Pascagoula
Post Office Box 17
Jackson, Mississippi
39205-0017

# MEMORANDUM

INTERDEPARTMENTAL

---

To: James E. Davis,  Chief of Police
CC: Barbara Folsom-McNeal,  Commander Internal Affairs
CC: Joseph Wade,  Deputy Chief of Administration
CC: Stephen Wells,  Commander of Administration

From: RaKasha Adams, Patrol Officer 2472

Date: Thursday, August 13, 2020

Re: Requesting Help from Administration

---

Today is Thursday August 13, 2020, I Officer RaKasha Adams have been back at work in the Teleserve area for approximately one week and four days. The reason for this memorandum is to ask the department for help once again. I am not in a position where I am prepared to be working at this moment. I have had numerous panic and anxiety attacks while being on the clock with no help to calm them down. I try not to take my medication on the job meaning I have to struggle through the day just to make it through the cold sweats, elevated heart rate, fear, and tears.

When having to go and get my complainants from the front my response time is sometimes slow, due to me being in the middle of an attack. I have not had a peaceful night of sleep since coming back to work and my stress levels are up. There are certain things and people in this work environment that are triggers for my attacks, but I have been trying for the past week and a half to push forward.

The last time I asked for help from the department on May 26, 2020, I was turn down and forced to use my vacation time, sick time, and file for FLMA. I have exhausted that time and was forced to return to work even though my program with my paid Psychiatrist is still ongoing.

This is my plea for help and I and asking you as the leaders of this Department to help in this matter. You may feel as if most people that were put in my situation should be over it by now, but the constant changes in departments, the harassment, and the stress has

added to my situation making it worse.  In May I was told that I was upset with my new change of department and didn't need help. No one in this department understands what I have been through over the past three years and I am strong enough to say I need help. Some people aren't strong enough physically or mentally.

I don't think me asking for help makes me mentally ill or unable to do my job. I think me asking for helps makes me a strong enough person to want to get the treatment that I need to be able to do my job in an exceptional manner and that's what I've always strived for.

RaKasha Adams

Patrol Officer RaKasha Adams 2472.

Jackson Police Department



327 East Pascagoula
Post Office Box 17
Jackson, Mississippi 39205-0017

# MEMORANDUM
INTERDEPARTMENTAL

**To: Sergeant Kimberly Brown**
**Via: Tamarra Bowie, EEO Officer**

**From: RaKasha Adams, Patrol Officer**

**Date: Tuesday August 25, 2020**

**Re: Intimidation**

On Tuesday August 25, 2020 at approximately 1630 hours I entered into Sergeant Kim Brown office after being told she would like to see me. Sergeant Brown stated come on in and have a seat. Sergeant Brown stated she would be recording the conversation that we were about to have. Sergeant Brown then referred to a memorandum that was placed on her desk by me in reference to my inability to protect myself and my fears of working in the capacity of a law enforcement officer without a weapon.

Sergeant Brown stated she wanted to address the memo that I wrote because the things I stated were not her words or maybe taken out of context. Sergeant Brown stated that the memo was demeaning and out of character for her. Sergeant Brown stated something along the lines of you know that correct? I stated yes ma'am and she said you do so do you want me to give you an opportunity to rewrite this? I stated to her no, meaning I did not need to rewrite my memo.

I will not be intimidated by my immediate supervisor or anyone else in this department. The words in my memo were just as Sergeant Brown stated them to me in the closed meeting she and I had. I have no reason to falsify neither Sergeant Brown's words nor my own, I'm just trying to gain help with my issues. I have felt comfortable until this point working for Sergeant Brown, but intimidation is something my mental cannot take on right now.

In my opinion this department has been trying to find reasons to make me quit, but I refuse to allow that to happen. I am stronger than the average person and if I have to continue to be treated this way while working under this administration then I will file an EEOC complaint with the federal building.

Sincerely,

RaKasha T. Adams

RaKasha T. Adams
Patrol Officer 2472