

EXHIBIT

P

I have worked for the city of Jackson since 2001. I started out after the academy at Precinct 3. In 2007 I was approved to go to Accident Reconstruction School by the City of Jackson and at that time I started working for Accident Investigations. From 2007 to 2010, I worked for Accident Investigations and Precinct 3 at the same time. I would work a beat everyday in the Precinct and then at night would be on call for Accident Investigations, at that time I was on call every third week since there were three investigators at the time. Eventually due to that work schedule and just the nature of the job of always dealing with people dying, being dismembered, and also having to tell the families about the deceased people I was diagnosed with PTSD and Depression. My primary care physician is Dr. Christy Norah with Baptist Medical Clinic, and I went to Psycamore Psychiatric Facility as a outpatient psychiatric patient in Flowood, Ms. I notified my supervisor at the time Joe Cotten and also took some medical time off at that time. That was around 2011 or 2012. Since 2007 I have been denied a new take home vehicle even though the policy is new take home vehicles are to be assigned by seniority. In 2007 Commander of Precinct 3 told me I was not getting a new take home vehicle when they were issued because I worked for Accident Investigation even though I showed up for work every day at Precinct 3. The take home vehicle I was supposed to be assigned went to another officer with less seniority than I had. Every single year up to and including this year 2020, when we have gotten new vehicles I have been denied a new take home vehicle and currently there are officers with half my time on that have brand new take home vehicles which violates the policy of giving take home vehicles to officers with seniority.

In 2010, the City of Jackson moved me to investigations from Precinct 2, a position that I never applied for because they created a accident investigations unit and put them under investigations. Until then accident investigations was assigned to the traffic division but I was never moved to Traffic Division when I passed accident reconstruction school. I never applied

for investigations and never wanted to be a part of investigations. Since 2010 the City has constantly changed our days off to work special assignments such as St. Patricks day parade, safe shop operations around Christmas, or any other assignment in an attempt to avoid paying us to do the extra work. They would make us take a friday off and work saturday whenever one of these events would occur. As a part of investigations my schedule has always been Monday through Friday, either 7 am to 3 pm and more recently this year 8 am to 4 pm and I would have callout when it was my turn on the rotation which currently is every other week because there is only two people qualified in the city of jackson to work accident reconstruction, myself and Acting Sergeant Michael Outland. Alot of the events I would have to work in lieu of active duty some officers would get paid overtime for where it was denied me to get overtime for those same events. If they did not get enough people to work the event they would ask off duty patrol officers to work the event for overtime. Before 2010, the extra events such as the parades or marathon runs and the State Fair would normally be paid either directly from the person organizing the event or as overtime from the City of Jackson. Since then I have been denied the opportunity to make that extra money because they would make Detective Bureau work those events in lieu of duty. A part of my compensation package for working for the City in the investigations unit is weekends off and holidays off with pay. This year in 2020, they have been forcing myself along with other detectives to work weekends in lieu of duty at the impound lot, instead of asking us to work for overtime and also been taking our holidays away forcing us to work on holidays once again by moving our days around to keep from paying us overtime on those days. This year I was forced to work on Saturdays at the impound lot from 9 pm to 5 am, which is not a shift I normally work for no extra pay. I was forced to take a friday off and work those saturdays, then have to be at work again on monday morning at 8 am. This has caused undue mental, physical and emotional stress on me because I would not be able to properly sleep because my schedule would be changed so dramatically and so rapidly. This has caused me to seek medical treatment this year for sleep deprivations problems related to this job. For several months I had consistent problems with dizziness at work due to lack of sleep and general fatigue. I sought treatment at Baptist Hospital where I was told by the doctors that my dizziness was Vertigo which was most likely caused by lack of sleep and stress. I was injured on the job on May 27, 2020, while searching a vehicle and since that time I have been off work and have not had any issues with Vertigo or dizziness.

Since 2010, the unit I work for Accident Investigations, has been consistently understaffed and underfunded. On average for most of those years there has been two investigators assigned to the unit full time forcing me to be on call every other week, essentially half the year I have been on call for no extra pay, where on those weeks, I have to stay in or around the City of Jackson in case I get called out so I am unable to essentially have a life with my family outside of this job, again without extra compensation. Other units their investigators only have to hold callout once a month or once every two months because they have more staffing. I have also been denied to attend further training classes in my field. I work in a technical field that is constantly advancing and changing due to improved techniques and just advanced in motor vehicle technology yet I have not attended a single class in my field since 2007. It is recommended that every Accident Reconstructionist attend up to 40 hours or continued training every year to keep up with advancing technology in the field. The reasons I have been denied further training is lack of money and manpower, but even when I have found free classes to attend the city would not let me attend those classes. My coworker Michael Outland has been approved to take some of those classes, some he paid for out of his own pocket but was granted the time off and some the city approved and paid for and gave him the time in lieu of duty. Currently our unit does not have any of the equipment we need to do our job effectively, such as a Total station to accurately map and diagram accident scenes, we need a CDR kit to retrieve crash data from vehicles to effectively reconstruct accidents. This equipment can be bought with grants from the federal government yet they have not applied for a grant to my knowledge or approved us to get the

equipment. Because of this lack of training and lack of equipment I and the unit I work for can not give the citizens adequate police investigations in the realm of Accident investigations. Without this equipment and training some suspects that we possibly could have charged for killing people in vehicle accidents have not been charged due to lack of equipment and training because we are not able to prove the cases in a court of law. The current administration as well as previous administrations have been made aware of this lack of equipment and training on multiple occasions. The city has effectively hindered our ability to properly do our job as we were trained to do and not offering the citizens of Jackson, Ms proper police protection because of this. The City has also made me file charges on two occasions on people for crimes they did not commit. In 2015, on Thanksgiving day, I had an accident callout at McDowell Road and Belvedere Drive. A vehicle was traveling east on McDowell Road and an intoxicated pedestrian walked out in front of his vehicle and the pedestrian was killed as a result. My investigation determined the driver did not commit a traffic violation and the only crime he committed was driving under the influence. I charged him with DUI that night and he was taken to jail. Later the family of the deceased pedestrian complained to the administration and I was ordered by Commander Tyree Jones to charge the driver with Aggravated Dui according to him at the command of then Chief Lee Vance. Myself and Sgt. Joe Cotten advised the administration of the law, and even a Ms Supreme court case that has ruled that an intoxicated driver not at fault in an accident can not be found guilty of Aggravated Dui. They still forced me to charge that person with Aggravated Dui and later the grand jury no billed the charge. Because of the administrations actions the family of the deceased victim did not receive justice for the death of their loved one and they forced me to violate a person's civil rights from unjust persecution. This occurred again in 2019 with the current administration. In February 2019 I had a callout on Highway 80 in which a lady drove on the wrong side of the road causing a head on collision that killed the driver of the other vehicle. I determined that she was at fault for the accident but was not