Before the united states equal employment opportunity commission

| | |
|---|---|
| Robert Watts Jr<br>Versus<br>City of Jackson | Charging Party<br>Charge # 423-3030-00575<br>Responding Party |

Position Statement

**Allegation#1:** The city stated I was under investigation at the time of my resignation

**Response:** I applied for the Federal Bureau of Prisons in the start of 2016. I was sent an Inquiry of Availability on August 26, 2016 which is attached as **Exhibit 1**. I was given a final offer of employment on September 26, 2016 which is attached as **Exhibit 2**. I was unaware I was under any investigation at the time of my resignation. I was also able to obtain and keep a federal security clearance with the Department of Justice which I still hold at the time of this response.

**Allegation #2:** The city states I did not apply to JPD until October 4, 2019 and James Davis advised me to apply online.

**Response:** The city stated that I sent a reinstatement letter on October 4, 2019 which is true but it was not the first time I had requested to return to JPD. See **Exhibit 3**. Another reinstatement letter was sent on March 14, 2019. See **Exhibit 4**. Tina Wallace sent an email March 14, 2019 to confirm she received my reinstatement letter. See **Exhibit 5**. After I sent the March 14, 2019 letter I was interviewed, completed a Physical, UA and polygraph. During the interview I decided NOT to take the job with JPD. In September I saw James Davis at the JPD Police Training Academy and he asked when I was starting because he had signed off on my paperwork. He was unaware I had I turned down the job during the interview. Due to the fact I love JPD and law enforcement after speaking with James Davis at the Academy I sent another reinstatement letter to James Davis on October 4, 2016. See **Exhibit 6**. This alleged investigation with a dispatcher is false and an attempt to cover the real reason of the city discriminating against white applicants.

**Allegation #3:** The city alleges they only hired six (6) new hires from July 2019 through January 14, 2020 and three (3) of these hires were white.

**Response:** On August 4, 2019 the City of Jackson started the 58th Police Recruit Academy class. August would be the class members start date for JPD which is within the July 2019 through January 14, 2020 time frame the city provided. The 58th Recruit Class graduated on November 22, 2019 with fourteen (14) officers. See **Exhibit 7**. This class graduated with no white officers. The city started the 59th Police Recruit Academy Class on September 29, 2019. September 29, 2019 would be the class members start date which is within the provided time frame the city provided as to hiring six new officers. The 59th Police Recruit Academy graduated on January 17, 2020 with ten (10) police officers. See **Exhibit 8**. This class graduated with no white officers. When I left JPD I requested my entire personal file. See **Exhibit 9**. I had three reprimands, not multiple as the city states, I had one suspension for a motor vehicle accident.

EXHIBIT

Before the united states equal employment opportunity commission

Robert Watts Jr | Charging Party
Versus | Charge # 423-3030-00575
City of Jackson | Responding Party

Position Statement

**Conclusion:** The pending Internal Affairs Investigation is false and blatant attempt to cover up the fact they are discriminating against white applicants. The city's responses are mostly false and the diversity of JPD does not represent the city it serves. At the time of this response JPD currently employs approximately 350 officers with approximately 15 white officers on the force. White officer represent 4.29% of JPD. At the time of the 2010 census the City of Jackson racial makeup was 79% black, 18% white. The racial makeup of JPD has a large disparity compared to the city's racial makeup.

Respectfully submitted,

*R Watts*

Robert M. Watts

Telephone: 601-278-3866

Email: rwatts1621@me.com

Jackson Police Department



327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

Chokwe Antar Lumumba
*Mayor of the City of Jackson*

March 6, 2019

James Davis
Chief of Police
Jackson Police Department
327 E. Pascagoula Street
Jackson, MS 39205

Dear Chief Davis:

I am writing this letter to request to be re-instated by the Jackson Police Department. I have enclosed my resume to provide a summary of my qualifications and background for your review. Throughout my career, I have maintained the highest performance standards within the diverse range of law enforcement functions which is clearly illustrated by my past successes. As a Crime Scene Investigator I have extensive experience preparing factual investigative reports, based on policy, statutory authority and case law in response to legal inquiries, litigation, interrogatories and other discovery procedures.
Further qualifications I offer include the following:
- Successful track record supporting the efforts of executive-level staff.
- Strong background in all aspects of communication.
- Demonstrated capacity to develop and maintain comprehensive administrative processes that improve the efficiency of day-to-day operations.

With excellent organizational and communication skills, an outstanding work ethic, and the ability to work well in both team-oriented, self-oriented and self-directed environments, I am positioned to exceed your expectations. I would welcome an opportunity to meet with you to discuss my qualifications and candidacy in further detail. Thank you for your time and consideration.
Sincerely,

*Robert M. Watts*

Robert M. Watts
Human Resource Specialist
Department of Justice
Office: 662.751.4800 Ext. 4267
Cell: 601.278.3866
Work Email: rmwatts@bop.gov
Home Email: rwatts1621@me.com

**Robert M. Watts - Fwd: Reinstatement memorandum**

From: Robert Watts <rwatts1621@me.com>
To: FCC Yazoo Medium <rmwatts@bop.gov>
Date: 7/16/2020 6:40 PM
Subject: Fwd: Reinstatement memorandum
Attachments: JPD re-instated.pdf

Begin forwarded message:

From: "Robert M. Watts" <rmwatts@bop.gov>
Subject: **Reinstatement memorandum**
Date: October 4, 2019 at 1:29:36 PM EDT
To: jdavis@city.jackson.ms.us, tinaw@city.jackson.ms.us, gsmith@city.jsckson.ms.us
Cc: rwatts1621@me.com

Good Afternoon Chief Davis,

When we spoke this past Sunday you stated I should come back to JPD because it is in my heart and blood. Those words really inspired me because JPD truly is in my heart. I would like continue the process of returning to the Jackson Police Department. Please see attached reinstatement memorandum.



Human Resource Specialist
P.O BOX 5666
FCC YAZOO CITY, MS
2225 HALEY BARBOUR PKWY.
YAZOO CITY, MS 39194
Phone: 662.751.4800 Ext. 4267
Fax: 662.751.4967
Email: rmwatts@bop.gov

"This e-mail and any files transmitted with it are the U.S. Department of Justice property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other uses, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited."

**Robert M. Watts - Fwd: Reinstatement memorandum**

| | |
|---|---|
| From: | Robert Watts <rwatts1621@me.com> |
| To: | FCC Yazoo Medium <rmwatts@bop.gov> |
| Date: | 7/16/2020 6:55 PM |
| Subject: | Fwd: Reinstatement memorandum |

Begin forwarded message:

**From:** Tina Wallace <tinaw@city.jackson.ms.us>
**Subject: RE: Reinstatement memorandum**
**Date:** March 14, 2019 at 5:27:29 PM EDT
**To:** Robert Watts <rwatts1621@me.com>

Got it!

*Tina L. Wallace, FBI NA Session 259*
*Deputy Chief of Administrative-Support Division*
*Jackson Police Department*
*327 E. Pascagoula Street*
*P.O. Box 17*
*Jackson, MS 39201*
*Office: 601-960-1950*
*Mobile: 601-573-3043*
*Facsimile: 601-960-1927*

"This e-mail and any files transmitted with it are City of Jackson property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other uses, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited."

**From:** Robert Watts [mailto:rwatts1621@me.com]
**Sent:** Thursday, March 14, 2019 1:19 PM
**To:** gsmith@city.jsckson.ms.us; Tina Wallace; James Davis
**Subject:** Reinstatement memorandum

Robert M. Watts - Fwd: Reinstatement memorandum

From: Robert Watts <rwatts1621@me.com>
To: FCC Yazoo Medium <rmwatts@bop.gov>
Date: 7/16/2020 6:40 PM
Subject: Fwd: Reinstatement memorandum
Attachments: JPD re-instated.pdf

Begin forwarded message:

**From:** "Robert M. Watts" <rmwatts@bop.gov>
**Subject: Reinstatement memorandum**
**Date:** October 4, 2019 at 1:29:36 PM EDT
**To:** jdavis@city.jackson.ms.us, tinaw@city.jackson.ms.us, gsmith@city.jsckson.ms.us
**Cc:** rwatts1621@me.com

Good Afternoon Chief Davis,

When we spoke this past Sunday you stated I should come back to JPD because it is in my heart and blood. Those words really inspired me because JPD truly is in my heart. I would like continue the process of returning to the Jackson Police Department. Please see attached reinstatement memorandum.



**Human Resource Specialist**
P.O BOX 5666
FCC YAZOO CITY, MS
2225 HALEY BARBOUR PKWY.
YAZOO CITY, MS 39194
Phone: 662.751.4800 Ext. 4267
Fax: 662.751.4967
Email: rmwatts@bop.gov

"This e-mail and any files transmitted with it are the U.S. Department of Justice property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other uses, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited."

Jackson Police Department



327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

Chokwe Antar Lumumba
*Mayor of the City of Jackson*

October 4, 2019

James Davis
Chief of Police
Jackson Police Department
327 E. Pascagoula Street
Jackson, MS 39205

Dear Chief Davis:

I am writing this letter to request to be re-instated by the Jackson Police Department. I have enclosed my resume to provide a summary of my qualifications and background for your review. Throughout my career, I have maintained the highest performance standards within the diverse range of law enforcement functions which is clearly illustrated by my past successes. As a Crime Scene Investigator I have extensive experience preparing factual investigative reports, based on policy, statutory authority and case law in response to legal inquiries, litigation, interrogatories and other discovery procedures.

Further qualifications I offer include the following:
- Successful track record supporting the efforts of executive-level staff.
- Strong background in all aspects of communication.
- Demonstrated capacity to develop and maintain comprehensive administrative processes that improve the efficiency of day-to-day operations.

With excellent organizational and communication skills, an outstanding work ethic, and the ability to work well in both team-oriented, self-oriented and self-directed environments, I am positioned to exceed your expectations. I would welcome an opportunity to meet with you to discuss my qualifications and candidacy in further detail. Thank you for your time and consideration.

Sincerely,

*Robert M. Watts*

Robert M. Watts
Human Resource Specialist
Department of Justice
Office: 662.751.4800 Ext. 4267
Cell: 601.278.3866
Work Email: rmwatts@bop.gov
Home Email: rwatts1621@me.com



