Jackson Police Department



327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

# MEMORANDUM

**TO:** James Davis, Chief of Police

**VIA:** Ricky Robinson, Assistant Chief of Police

Tiny Harris, Deputy Chief of Police
Patrol Operations

**FROM:** Jesse Robinson, Commander
Special Operations

**DATE:** March 18, 2019

**RE:** *2019 St. Paddy's Parade (Plan of action)*

---

The following is the Plan of Action for the St. Paddy's Day Parade and Celebration scheduled for Saturday, March 23, 2019. The Parade detail will line-up on Commerce Street between Court Street and Silas Brown beginning 7:00 a.m. The Hinds County Sheriff's Department is scheduled to handle the staging of the parade floats and blocking of the streets in this area.

At 1200 hours, the JPD Motor Unit will escort Malcolm White and others along the parade route while they raise money as they do every year. The Parade begins at 1300 hours at North State Street and Court Street. The parade route will travel through downtown Jackson (**see attached map) and will end back at the North State Street and Court Street.

Roll Call for all officers will vary depending on the officers' assignment for this detail. All officers will report for Roll Call at their assigned times for proper deployment of officers. Short sleeve shirts are authorized for this detail.

Supervisors will be patrolling on Golf Carts to supervise the officers on post along the parade route eight (8) golf carts and gas cans will be available in the basement of Headquarters for deployment of the officers assigned to fixed posts. Parks and Recreation will have these golf carts available Friday afternoon. James Crump 601-519-9202 or 601-960-1848 James Vaughn 601-960-1848 P&R



## COMMUNICATIONS SECURITY (COMSEC)

The operations channel for this detail is the PD 5 Traffic Channel Primary. The channel will be clear for this detail. Non-operational chatter will be kept to a minimum to allow for operational and emergency traffic. All officers working this event will bring a charged hand held radio and shoulder mikes to the event. The dispatch supervisor will be provided with a line-up so they will be logged on prior to event.

## LOGISTICAL OPERATIONS

### Physical Assets:

Barricades will be prepositioned on scene at predetermined locations. Officer Henry Brown (Special Events Coordinator) will maintain constant contact with Letha Garrett 601-960-1757 with Traffic Engineering. The Barricades will be posted by Friday, March 21, 2019. The Barricades will be set up Saturday Morning beginning at 0800 hours and streets closed at this time.

Special Events is requesting that the Jackson Police Department Mobile Command Bus be deployed at the corner of State Street and Court Street. This will serve as the Base of Operations for this detail and a focal point for lost and found.

Special Events is **tentatively** requesting the usage of one Jail Transport Van to be staffed by one JPD officers. This van will be used to transport subjects that are arrested without having to abandon any of the posts during this operation. Flex cuffs will also be needed for this event. The Jail Transport Van will be stationed at the Mobile Command Bus (State and Court). **Any officer who affects an arrest will do their own paperwork which will include filling out their own field arrest, writing their own report, signing their own affidavits and executing their own warrants.**

One officer will be assigned to patrol on the ATV to deliver water and supplies to the officers on fixed posts throughout the parade route. 30 cases of water will be picked up from the Metro Center to provide hydration for officers and staff assigned to the parade.

Cpl. Charles Tobias will be assigned to the city holding facility from 1100-1900 (11am-7pm) to assist the jail personnel with any overflow of arrested subjects from the parade

**While officers are on post during the hours of the parade they are required to have the following items:**

1. A fully charged radio with the shoulder microphone
2. A full duty belt with magazines and at least one pair of handcuffs
3. A reflective vest clearly marked with the insignia POLICE and bullet proof vest.



Jackson Police Department

327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

4. In the case of inclement weather, officers are required to have access to their city issued rain gear.
5. All officers that will be working the St. Paddy Day Parade will clock in at JPD Headquarters prior to their assignment.

**Manpower and Assignments:**

The Jackson Police Department Motor Squad will report to the Mobile Command Bus at 1100 for roll call. There will be a minimum of 5 JPD Motorcycles leading the parade. Motor Squad units will transition from lead to route monitoring once the units reach the end of the parade.
If weather permits the Jackson Police Department Mounted Units will report for roll call at 1000 at the Jefferson St. stables. The Mounted Units will be stationed at the end of the parade for security purposes. We are requesting that 2 collateral mounted units if approved to assist the Mounted Units in the parade. If the weather doesn't permit the mounted unit will be utilized in whatever capacity needed whether it will be parade position or burglary suppression.

**Due to the large number of fights that occurred after the parade last year, Special Events is requesting a high police presence in the parking lots inside and outside of the parade routes. This visibility should deter any criminal activity such as fights and drug use during this family event. These units will be responsible for monitoring the parking lots at State Street/Pearl Street, State Street/Pascagoula Street, Pearl Street/Capitol Street. The JPD Reserve Unit will provide support as needed inside the parade route and anywhere manpower is needed.**

## There will be an estimated 80,000 to 200,000 plus people at this parade. It is imperative that everyone is at Roll Call and on post at the scheduled time.

All Officers will remain on their posts unless approved to leave by a Supervisor. No Post will be left unstaffed at any time.

# ST. PADDY'S DAY PARADE
## MARCH 23, 2019
## 07:00 LINE UP

## CHILDREN'S PARADE (1100)
## PET PARADE (1000)
### 0830 Roll Call at Lamar and Pascagoula

| LOCATION | OFFICER | OFFICER |
|---|---|---|
| Cpl. Jackie Watson 0630am | D/C Deric Hearn | Cpl. Henry Brown 0630am |
| Pascagoula/West | PEO Ralf Windham (Foxtrot 8) Det. Sharon Jordan | Reserve Officer |
| Lamar/Pascagoula | Cpl. Garry Arthur | |

## STREET CLOSING FOR PARADE
### Roll Call 10:00 at Command Post (State/Court)
### On Post 10:30

| LOCATION | OFFICER | OFFICER |
|---|---|---|
| PEARL TOP OF BRIDGE | Cpl. Herman Tarrio | Report time is 0800 hours |
| STATE/AMITE | Det. Kevin Nash | |
| CONGRESS/AMITE | Det. Michael Pugh | |
| LAMAR/AMITE | Sgt. LC Russell Police 10 | |
| CAPITAL/FARISH | Det. Rozerio Camel | |
| PASCAGOULA/FARISH | Det. Janice Henderson | |
| COURT/FARISH | Det. Sammie Neal Yankee 3 | |
| WEST/SOUTH | Det. Rodney Daniels X-Ray 8 | |
| PRESIDENT/SOUTH | Stephanie Horn | |
| STATE/SOUTH | Det. Craig Crowley | |
| TOMBIGBEE/JEFFERSON | Inv. Andrew Harris | |
| Pearl Street Under the Bridge | Det. Pamela Rigby | |
| SOUTH/JEFFERSON | Det. Darryl Owens India 16 | |

Jackson Police Department



327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

## COMMAND STAFF SCHEDULE

| Chief of Police, James Davis (GC)-Police 1 | AM/ PM |
|---|---|
| A/C Ricky Robinson (GC) **Police 2** | 10am until |
| D/C Derrie Hearn (GC) **Police 3** | 10am until |
| D/C Tina Wallace (GC) **Police 4** | 10am until |
| D/C Vincent Grizzell (GC) **Police 5** | 10am until |
| D/C Tiny Harris (GC) **Police 6** | 10am until |
| Cmdr. Abraham Thompson **1A99** | 10am until |
| Cmdr. Jarratt Taylor **2A99** | 10am until |
| Cmdr. Randy Avery **3A99** | 10am until |
| Cmdr. Keith Freeman **4A99** | 10am until |
| Cmdr. Jesse Robinson **Tango 99** | 10am until |
| Cmdr. . Donald Gater **Police India 1** | 10am until |
| Cmdr. Tyrone Buckley **Police 9** | 10am until |
| Lt. Joseph Wade **3A98** | 10am until |
| Lt. Sequena Banks **2B98** | 10am until |
| Lt. Barbara Folsom-McNeal **2B98** | 10am until |
| Lt. Steven Wells **1A98** | 10am until |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## ROUTE POSITIONS

STARTS @ 1:00
On post by 12:00
Roll Call 10:00 at Command Post (State at Court)

| STREET | OFFICER | OFFICER |
|---|---|---|
| 1. STATE/COURT | (D/C Tiny Harris State St.) P.O. Alan Myles Jr. Det. Michael Pugh | Sgt. Roderick Holmes Cpl. Oscar Day *after escort is complete* P.O. Zekia Lewis |
| 2. COURT/CONGRESS | P.O Alexis Bass P.O. Madison Odom | P.O. Nicholas Blackmon Det. Bruce Triplett |
| 3. COURT/PRESIDENT | P.O. Samuel Brown P.O. Antoinette Clemons | Cmdr. Abraham Thompson P.O. Kanetra Simpson |
| 4. COURT/WEST | Ofc. Jeremy Gordon Cmd. Donald Gater 2A98 | P.O. Eric Smith P.O. Mylan Smith |
| 5. WEST/PASCAGOULA | P.O. Cederic Vaughn II (West St.) P.O. Mykila Walker | P.O. Derrick Smith P.O. Quanzee Wall |
| 6. CAPITOL/WEST | Cmdr. Jarratt Taylor 2A99 Det. Terrance Jackson | Det. Jerrick Taylor Yankee 4 |
| 7. CAPITOL/CONGRESS | Det. Brett Bailey P.O. LaChondra Williams | P.O. Myesha Doss Det. Jasmine Haynes |
| 8. CAPITOL/PRESIDENT | Lt. Joe Wade (Capitol St.) P.O. Kevin Jefferson | Det. Rhonda Daniels India 22 P.O. Quanelisha Haynes |
| 9. STATE/CAPITOL | Det. Martha Dee P.O. Dazia Johnson | P.O. Jashun Horne P.O. Kalesha Johnson |
| 10. STATE/PASCAGOULA | Cmdr. Randy Avery 3A99 Det. Kevin McNeal P.O. Joshua Johnson | Det. Jonathan Ridgeley India 13 Cmdr. Velma Johnson |
| 11. STATE/PEARL | Cmdr. Tyrone Buckley (Court St.) P.O. Antonio Langston P.O. Darryan Ragsdale | Cmdr. Keith Freeman 4A99 P.O. Armani Lewis |
| 12. STATE/TOMBIGBEE | Inv. Mamie Barrett India 92 P.O. Martez Jackson | P.O. Keith Hunt P.O. Myles James |
| Jail Units | Cpl. Charles Tobias | Optional |
| Logistics | Cpl. O.J. Paige (Water) | Det. Virgil Jarman (Water) |



Jackson Police Department

327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

| | | |
|---|---|---|
| **Mobile Command Unit** | | |
| **Mounted Units (as needed)** | Ofc. Gregory Smith Foxtrot 2<br>Ofc. Darrell Longino | Ofc. Dennis Green |
| **Traffic-Motor Units** | T42 William Wade | T26 Oscar Day |
| | T46 Sederick Williams | T12 Mark Hodge |
| | | |
| **Burglary Suppression<br>0900-1700** | | **RESERVE UNITS 10a-6p** |
| **Lt. Steve Wells**<br>Roll Call at 0900 at State St.<br>@ Court St. | | |
| Cpl. Lawrence Funchess   Z1 | | |
| Cpl. Charles Banks Z2<br>Cpl. Michael McClendon | | |
| Lt. Barbara Folsom-McNeal<br>Z3<br>Ofc. Anthony Johnson | | |
| Cpl. Reginald Carr        Z4<br>Lt. Sequena Banks 1B98 | | |
| Michael Outland Tango 60 Z5 | | |
| Z6 Sgt. John Mason | | |
| | | |
| **Pascagoula/Tombigbee** | | **State/Pascagoula** |
| **Sgt. Terry Dismuke India 3** | | **Sgt. Obie Wells India 5** |
| Cpl. Isaac Gooden | | Cpl. Frank Tatum |
| Cpl. Lloyd Crosby | | Cpl. LaKeith Williams |

# Burglary Suppression Zones

The above listed officers will patrol their prospective zones aggressively with their blue lights activated to deter burglaries. Due to the large crowd that is expected for this event this will also bring out the criminal element for any activity such as auto burglaries and robberies.

Zone 1- Court St./Silas Brown to State/Farish St.
Zone 2- Capitol St./Mississippi St.-State/Farish St.
Zone 3- Lamar St./Mill St.-Capitol/Griffith St.
Zone 4- State/Jefferson St- Amite/High St.
Zone 5- Amite St./Pearl St.-Jefferson/State St.
Zone 6- Pearl St./Tombigbee St.-Jefferson St./State St.

**Parade Man-hour Breakdown:**
**Operational Hours: 08**

**Officers Utilized: 106**
- -60 Parade Route
- -18 Burglary Suppression
- -12 Outer perimeter officers
- -04 Motors
- -03 DUI
- -01 Jail Transport (if needed)
- -04 Sergeants
- -01 Mobile Command
- -03 Mounted Units

**Command Staff:    16**

- -01 Chief of Police
- -01 Assistant Chief of Police
- -03 Deputy Chiefs
- -07 Commanders
- -04 Lieutenants

**TOTAL MANPOWER: 121**