**GENERAL RULES FOR CITY EMPLOYEES   Section 3 - Page 3**

*Revision Date: 1/5/96*

---

documents providing satisfactory evidence of identity and authority to work in the United States or receipts showing application for acceptable documents. Employees who present receipts showing application for acceptable documents must present within an additional eighteen (18) days (twenty-one (21) days after hire), documents establishing satisfactory proof of identity and legal authority to work in the United States. Employees who cannot present such documents shall be terminated. All new hires must satisfy this requirement.

### 3.4  Other Employment

3.4.1  *City* employees shall not engage in any other employment that is detrimental to, or in conflict with their duties or service with the City. Employees shall be subject to appropriate departmental policies and procedures affecting other employment. All public safety personnel are advised to refer to departmental general orders and/or their standard operating procedures, as applicable.

3.4.2  Employees of the City must report other employment in writing to their Department Director. The Department Director, in coordination with the Department of Personnel Management, shall have the authority to determine if an employment conflict exists.

3.4.3  City employees are prohibited from holding other City jobs in addition to their regular jobs.

### 3.5  Nepotism

3.5.1  Employment of relatives in *City positions* is restricted where (1) employees would exercise a supervisory or evaluative role in relation to a relative; or (2) employees are in a position to exert direct influence on the hiring, *promotion, transfer,* or performance evaluation of a relative; or (3) potential problems of safety, security or morale exist, or (4) other relationship that exists is determined by the *Department Director* or the Mayor's Office to be detrimental to the performance of the employee or to the operations of the division or of the City. Additionally, it shall be the policy of the City to prohibit the employment of relatives within the same division.



EXHIBIT 5

*Words in italics are defined in the Appendix.*

3.5.2   For purposes of this policy, divisions shall include designated functional areas, as recommended by the Department Director and approved by the Mayor's Office, in the following Departments or Offices: Action Line, Administration, City Attorney, City Clerk, Fire, Human and Cultural Services, Internal Audit, Personnel Management, Planning and Development, Police and Public Works. A list of such divisions shall be maintained by the EEO Officer in the Department of Personnel Management.

3.5.3   For purposes of this policy, relatives include employees' or *City Council* members' parent, child, spouse, brother, sister, grandparent, grandchild, uncle, aunt, nephew, niece, or first cousin, whether such relationship is by blood or by marriage.

3.5.4   If two employees marry, the City shall work with the employees to explore reasonable accommodations that can be made to eliminate the potential problems. The City shall allow six months to provide reasonable accommodation, but the conflict must be resolved by the end of that time.

3.5.5   If relatives become members of the same division as a result of a reorganization, the resolution shall be determined by the Department Director. However, neither employee shall experience any loss of benefits as a result of reorganization.

3.5.6   Employees who are in compliance with the nepotism policy as of the date of approval of these rules shall not be considered in violation of this policy while they remain in their current positions of employment.

3.6   **Alcohol/Drug Policy**

The City of Jackson strives to provide a safe and productive work environment for all employees. It is the policy of the City that employees shall not be involved with the unlawful use, possession, sale or transfer of drugs or narcotics in any manner. Further, employees shall not possess alcoholic beverages in the workplace or consume alcoholic beverages during working time, and shall not consume alcoholic beverages during non-working time when such consumption affects performance of duties or is apparent to others. A copy of the City's Alcohol/Drug Policy may be obtained from the Department of Personnel Management or the employee's *Department Director*. The City has a drug testing policy which is described in "Policy on

*Words in italics are defined in the Appendix.*

| **GENERAL ORDER** | ISSUE DATE: 07/01/2010 | NO. 200-26 |
|---|---|---|
| **JACKSON POLICE DEPARTMENT** | REFERENCE:  Supersedes all prior departmental directives on this subject. | |
| SUBJECT: | EMPLOYEE WORKDAY AND MEAL PERIOD | |

I. **PURPOSE**

It is the purpose of this General Order to establish guidelines for defining and supervising the workday of Jackson Police Department employees.

II. **DEFINITION**

The workweek for the Jackson Police Department is 40 hours. The normal workday is eight hours. The amount of time an employee uses conducting non police related business shall not be counted toward the hours required for the eight-hour workday or the 40 hour workweek. In computing the hours in a workweek for police officers, meal time shall be counted as time actually worked. It will be the responsibility of the officer's immediate supervisor to insure this is carried out.

III. **COMPLIANCE**

A. All full-time Jackson Police Department employees shall work eight hours each workday. It shall be the responsibility of section commanders to ensure that all employees comply with this policy. All commanders shall develop and submit to the Chief of Police work schedules for all offices, divisions and units under their direction.

B. The only exceptions to the eight-hour workday are:

1. Alternate work schedules (other than eight hours per day such as four ten-hour days, etc.) approved in writing by the Chief of Police.

2. Emergency temporary situations approved by a Commander.

C. In executing this policy, all personnel are reminded of the department's and the City's need to comply with the provisions of the Fair Labor Standards Act, as stated in the department's policy and guidelines regarding overtime-pay practices.



EXHIBIT S

| General Order # 200-26 | Issue Date: 07/01/2010 | Page # 2 |
|---|---|---|
|  | Revised Date: |  |

## IV. MEAL PERIOD

A. Officers may be permitted to take one meal break not to exceed 30 minutes, subject to immediate recall to duty.

B. If an officer must eat his/her meal in an establishment not located on his/her beat, they must request approval from their supervisor. A patrol officer that is subject to recall will not be allowed to travel an inordinate distance from their respective beat. The eating establishment can be no more than a ten (10) minute normal travel time (speed limit) from their respective beat.

C. At no time will there be more than two marked police vehicles and/or no more than four uniformed officers regardless of rank, eating at a food establishment at the same time. It will be the responsibility of individual officers and departmental supervisors to ensure that this policy and the following procedures are adhered to.

    1. Meetings approved in advance by a Commander or higher-ranking supervisor *may* be considered as exceptions to "C".

D. When calling out-of-service to eat a meal, uniformed on duty officer's will advise their respective dispatchers of the location of the eating establishment to which they are going and will obtain dispatcher clearance prior to calling out. The officer must give a stationary location. Advising dispatch "mobile" or any other term with similar meaning is not authorized. The officer will not ask to be cleared to eat until actually arriving at the establishment. The officers (30) minute break begins when it is requested and approved by dispatch. An officer will not ask to be cleared then call in route to the eating establishment. An officer shall not advise dispatch to hold a break until arrival.

E. If uniformed officers (regardless of rank) arrive at an eating establishment and find that the number of marked police vehicles is more than two and/or the number of uniformed officers in the eating establishment is more than four, the newly arriving officer shall do either of the following:

    1. If working patrol duty, the newly arrived officer shall immediately notify the dispatcher and go back in to service. The officer then may call out-of service at a different eating establishment at that time, or they may, with the dispatcher's approval, call out-of service at a later time.

    2. If on-duty at a fixed-post assignment or if off duty, regardless of assignment, the newly arrived officer will immediately leave the eating establishment and go to another one at that time, in compliance with the above policy.