

**Jackson Police Department**

327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

Chokwe Antar Lumumba

*Mayor of the City of Jackson*

To: James Davis, Chief of Police

Cc: Rickey Robinson, Assistant Chief
Deric Hearn, Deputy Chief
Sequerna Banks, Commander
Obie Wells, Sergeant

From: Melvin Williams, Detective

Date: August 2, 2019

Re: Impound Lot

This Memo Is In Reference To The City Impound Lot.

I am typing this letter asking for some assistance to make our (City Of Jackson) Impound Lot safe. We are required to go to the City Impound Lot to check vehicles out at time. I have seen several snakes out there and the grass is over grown. We the (Auto Theft Detectives) have to walk between vehicles and to check the vin numbers to see if the vehicle is stolen. This is a safety issue that has never been address. I'm asking for some assistance in this matter, so this issue can be corrected for everyone safety.



EXHIBIT 1