| GENERAL ORDER | ISSUE DATE: June 1, 2004 | NO. 400-2 |
|---|---|---|
| JACKSON POLICE DEPARTMENT | REFERENCE: Supersedes all prior departmental directives on this subject. | |
| SUBJECT: BODY ARMOUR POLICY | | |

I. **PURPOSE**

The purpose of this policy is to provide law enforcement officers with guidelines for the proper use and care of body armor.

II. **POLICY**

It is the policy of this law enforcement agency to maximize officer safety through the use of body armor in combination with prescribed safety procedures. While body armor provides a significant level of protection, it is not a substitute for the observance of officer safety procedures.

III. **DEFINITIONS**

**Field Activities:** Duty assignments and/or tasks that place or could reasonably be expected to put officers in situations where they would be required to act in enforcement rather than administrative or support capacities.

IV. **PROCEDURES**

    A. Issuance of Body Armor

        1. All body armor issued must comply with protective and related requirements prescribed under current standards of the National Institute of Justice.

        2. All officers shall be issued agency-approved body armor.



EXHIBIT U

| General Order # 400-2 | Issue Date: June 1, 2004 | Page # 3 |
|---|---|---|
| | Revised Date: | |

1. Officers shall routinely inspect personal body armor for signs of damage and for general cleanliness.

2. As dirt and perspiration may erode ballistic panels, each officer shall be responsible for cleaning personal body armor in accordance with the manufacturer's instructions.

3. Officers are responsible for the proper storage, maintenance and care of body armor in accordance with manufacturer's instructions.

4. Officers are responsible for reporting damage or excessive wear to the ballistic panels or cover to their supervisor and the individual responsible for the uniform supply function.

5. Body armor will be replaced in accordance with guidelines and protocols established by the National Institute of Justice.

E. Training

The training officer shall be responsible for:

1. Monitoring technological advances in the body armor industry that may necessitate a change in body armor.

2. Assessing weapons and ammunition currently in use and the suitability of approved body armor to protect against those threats.

3. Providing training programs that demonstrate body armor's stopping power under actual firing conditions and that emphasize its safe and proper use

4. Maintaining statistics on incidents where armor has or has not protected officers from harm, including traffic accidents.

_____   07-01-04
Robert Moore                      Date
Chief of Police

| General Order # 400-2 | Issue Date: June 1, 2004<br>Revised Date: | Page # 3 |
|---|---|---|

1. Officers shall routinely inspect personal body armor for signs of damage and for general cleanliness.

2. As dirt and perspiration may erode ballistic panels, each officer shall be responsible for cleaning personal body armor in accordance with the manufacturer's instructions.

3. Officers are responsible for the proper storage, maintenance and care of body armor in accordance with manufacturer's instructions.

4. Officers are responsible for reporting damage or excessive wear to the ballistic panels or cover to their supervisor and the individual responsible for the uniform supply function.

5. Body armor will be replaced in accordance with guidelines and protocols established by the National Institute of Justice.

E. Training

The training officer shall be responsible for:

1. Monitoring technological advances in the body armor industry that may necessitate a change in body armor.

2. Assessing weapons and ammunition currently in use and the suitability of approved body armor to protect against those threats.

3. Providing training programs that demonstrate body armor's stopping power under actual firing conditions and that emphasize its safe and proper use

4. Maintaining statistics on incidents where armor has or has not protected officers from harm, including traffic accidents.

_____         07-01-04
Robert Moore                              Date
Chief of Police