| General Order # 200-14 | Issue Date: October 18, 2010<br>Revised Date: | Page # 3 |
|---|---|---|

6. Department issued cellular telephones are not to be used, in any mode, while driving a city owned motor vehicle. Text messaging while driving a city owned motor vehicle is strictly prohibited and doing so will warrant disciplinary action.

## VIII. PERSONALLY OWNED CELLULAR PHONES

1. Personally owned cell phones may be carried and used on duty once the employee has received written permission from their commander.

2. The accompanying Personal Cell Phone Use Request (JPD Form # 2108) must be completed with the approved signature and a copy maintained in the employee's local file with his/her immediate supervisor prior to the employee utilizing a personal cell phone on duty.

3. A current list of approved employees shall be maintained by each Precinct Commander or Unit Supervisor.

4. Excessive personal use or abuse may lead to the termination of approval for on-duty use. The employee's approval form will be pulled and the disapproval of use shall be documented and signed by the employee's Commander or division Deputy Chief with the justification noted in the comments section. A copy shall be maintained in the employee's local file with his/her immediate supervisor.

5. The use of cellular phones and other data communication devises to send and receive short message service (SMS) text, multi-media service (MMS) text, email messages, instant messages, navigational information, to engage in any other form of electronic data retrieval or electronic data communications while operating a city owned motor vehicle is strictly prohibited. Violation could result in temporary revocation of city driver's license and suspension of personal cell phone use privileges while on duty.

6. Departmental business may be conducted on personally owned equipment; however the individual shall be liable for all cost of usage. The department will not provide repair or replacement should a personally owned cellular phone be lost stolen or damaged.

## IX. RESPONSIBILITY

It shall be the responsibility of all personnel to comply with this order.

_____
Rebecca J. Coleman
Chief of Police

_____10/30/10_____
Date


EXHIBIT V