## SWORN AFFIDAVIT OF CASSANDRA THOMAS

1. My name is Cassandra Thomas and I am a citizen of Memphis TN, Shelby County.

2. I swear that I have personal knowledge about the facts that I am swearing to in this affidavit.

3. I further swear that I am a former sworn police officer whom was employed with Jackson Police Department as late as September 2020.

3. I further swear that I am of a sound mind and competent to make the statements found within this affidavit.

4. I swear that I provided my attorney with each and every statement and exhibit as found in my lawsuit against the named Defendants.

5. I am not local in Mississippi therefore, I give my attorney permission to file the lawsuit without my signature attached as other Plaintiffs due to I am located in Memphis TN.

*Cassandra Thomas*
COSSANDRA THOMAS
SWORN THIS THE 7th DAY OF DECEMBER, 2020

My Commission Expires  *Nancy Harrell*
2-8-2022





October 1, 2020

My name is Cossandra Thomas, formerly known as Feltson. I have a strong belief that I have been a victim of discrimination within the Jackson Police Department. I was once selected to be a member of the SWAT team after completing the required try-outs. During the probationary period of my membership, an incident occurred between me and another employee of the department. This employee, Torrence Mayfield, and I were in a relationship that went bad. After mishaps within the relationship, I broke two windows of his home in Raymond, MS (May 12, 2018). Afterwards, he left a few words for me via phone and contacted the Hinds County Sheriff's Department and completed a report which he later used to file charges. Later, he changed his mind and decided that he still "love" me and dropped the charges. I was unsure what the cost of reparation would be but I voluntarily attempted to right past wrongs by making periodic payments to him by check. I submitted the first payments by check for $200 but he returned it still due to his "love." Therefore, I believed that the situation was over and no further action was required. No one from the Jackson Police Department had been advised about the situation.

On a later date Mayfield attempted to talk with me after seeing me at Police Headquarters outside the courtroom because I had not been talking to him. I was on my way to another area of the building and invited him onto the elevator so that the conversation could take place and I could continue on my route. After getting on the elevator, he heavily came onto me kissing me and touching me and I attempted to push him away. He told me to put my arms around him and briefly I did but removed them and pushed him away. I got off the elevator as soon as possible. The incident was reported to the command staff by an officer who watched the incident from the control room and Mayfield and I had to sit before a board for "conduct unbecoming". I was not the cause of the incident and received no disciplinary action but he received suspension days. While under investigation for the incident in the elevator, he informed the command staff of the situation with Hinds County. He was then and still is good friends with James Davis. As a result of the Chief, Davis, being informed, Davis notified the SWAT Commander Albrecht who called me into meeting with him and another member of the SWAT team who was also known to be a friend of Mayfield. I was informed that an investigation would have to be done within the SWAT team and if it was found to be true that I committed the crime I had been accused of, I would be put off the team. I told Commander Albrecht what happened and immediately resigned and turned in my equipment.

During the time of the unfortunate events, I was a member of the training staff at the training academy but I was moved from the training academy to Precinct Three, but was previously assigned to Precinct Two before the training academy where Mayfield also worked. I was told that I could not go back to Precinct Two. I verbally expressed to several male supervisors that I wanted to return to my original precinct, Precinct Two, but instead, Mayfield was allowed to stay there and I was forced to remain at Precinct Three. I accepted the situations. No grievances were filed and no complaints were made on my end but it was clear that actions were being taken against me without documentation. Mayfield later got his suspension time back and was given a

vehicle and a position as the city recruiter among other favored privileges which are known throughout the department.

I waited and several months later, I tried out for the SWAT team again on July 31, 2020 where Mayfield was also a candidate along with Detective Jarron Carter. Mayfield did not make it past an event and was disqualified from the process. Shortly after he was disqualified Mayfield waited in the range driveway for several minutes, then drove away. Shortly after that James Davis arrived at the shooting range where try-outs were being held and spoke with Scott Albrecht and left the location. I and Carter, however, completed all events including the interview which is the last event. After any event that is failed, the candidate is disqualified. Any member that succeeds at being accepted onto the team is notified via phone, unofficially, by one or more of the SWAT members on the same day. After leaving the range on the same day, Carter was notified that he had been accepted. After realizing that Chief Davis had told Albrecht that he did not want me on the team and that I had exceeded Carter as far as results in the tryouts, Carter was later contacted again on a later date and told that he did not make it and that he would not be selected as a SWAT member. I later spoke with Albrecht via phone who verbally confirmed that I would not be accepted but denied being told that Davis did not want me on the team. I received information from another SWAT member that the members on the team were upset and wanted me to return as a member. I and Carter were supposed to receive an official letter that we were declined for the position but still have not today (Thursday, October 1, 2020).

I applied for the position in Accident Investigations along with three other applicants. I scored the highest on the written test but we were denied for participating in the classes necessary to properly qualify us for the position, once an in-class session and once for online class session. After a time, there was only one person working in the department and I and another candidate were still denied training but were told it was because of a shortage of staff in the precincts. James Davis would not approve any requests and included my name on paperwork. Sergeant Michael Outland who was in desperate need of help continued to push for assistance in the position and eventually was approved to have me, the highest scorer, as an assistant who would work as a call-out assistant for AI but still work as a patrol officer in Precinct Three. He agreed that there may have been prejudice in the previous lack of my selection for certain positions.

I later resigned from the Jackson Police Department. After that, Torrence Mayfield was allowed to be a part of the SWAT team as a logistics member in leu of him not being able to be accepted as a regular operator and not while I was attempting to be a part of the team. I was also made aware that classes were being approved for accident investigations that had not been approved earlier. I later heard, via phone, Scott Albrecht admit that I was done wrong by the department as he spoke to another officer.

I strongly feel that because of the actions of those in command at the Jackson Police Department, I was disciplined in many unofficial ways. I feel that my reputation was tarnished because the men there do whatever they want to do and say whatever they want to say and that is what their followers go by. I had no control over my career path there because everything is all about who you know, who likes you, and who you are willing to follow. Men have control over the

department and women are victims of subjugation. Because I was a female and was not linked up with the right men in power, I had very little chance of success.

_Cossandra Thomas_                                    26 Oct 2021
Cossandra Thomas                                      Date

_Deborah L Stevenson_
Notary
My Commission Expires   Jan 30, 2022

> Commonwealth of Pennsylvania - Notary Seal
> DEBORAH L STEVENSON, Notary Public
> Lebanon County
> My commission expires January 30, 2022
> Commission Number 1324625

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4701
Washington, DC 20530

VIA EMAIL

October 29, 2020

Ms. Cossandra L. Thomas
c/o Abby Robinson, Esquire
Abby Robinson & Associates Law Firm
227 E. Pearl Street
Jackson, MS 39201

Re: EEOC Charge Against Jackson Police Dept.
No. 423202100109

Dear Ms. Thomas:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Jackson Area Office, Jackson, MS.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by   /s/ Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Jackson Area Office, EEOC
Jackson Police Dept.