U.S. Department of Justice
Civil Rights Division

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

950 Pennsylvania Avenue, N.W.
Karen Ferguson , EMP, PHB, Room-4701
Washington, DC 20530

VIA EMAIL

October 28, 2020

Mr. Keith Freeman
c/o Abby Robinson, Esquire
Abby Robinson & Associates Law Firm
227 E. Pearl Street
Jackson, MS 39201

Re: EEOC Charge Against City of Jackson
No. 423202001672

Dear Mr. Freeman:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Jackson Area Office, Jackson, MS.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by    /s/ Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section



cc: Jackson Area Office, EEOC
City of Jackson