## SWORN AFFIDAVIT OF GARRY ARTHUR

IN THE COUNTY OF:

_Hinds_

I am Garry Arthur, a reconstruction investigator with Jackson Police Department, and the facts that I am providing are from my personal knowledge and true. I am competent to make these statements because they are of my personal knowledge and true. I reside in Hinds County Mississippi.

1. Due to the nature of the job of reconstruction of accidents and because I am always dealing with people dying, being dismembered, and also having to tell the families about the deceased people I was diagnosed with PTSD and Depression and the Jackson Police Department is aware of my condition.

2. JPD has consistently treated me different that black officers including when I was denied a new take home vehicle even though the JPD policy is new take home vehicles are to be assigned by seniority. The take home vehicle I was supposed to be assigned went to another officer with less seniority than I had **AND HE WAS A BLACK OFFICER**. Every single year up to and including this year 2020, when we have gotten new vehicles I have been denied a new take home vehicle and currently there are officers with half my time on that have brand new take home vehicles which violates the policy of giving take home vehicles to officers with seniority.

3. The City of Jackson moved me to investigations from Precinct 2, a position that I never applied for because they created a accident investigations unit and put them under investigations. Until then accident investigations was assigned to the traffic division but I was never moved to Traffic Division when I passed accident reconstruction school. I never applied for investigations

1


EXHIBIT T

and never wanted to be a part of investigations, but **BLACK Officers** with the same desires as I was never forced into a unit that they did not apply for.

4. Since 2010 the City has constantly changed our days off to work special assignments such as St. Patrick's day parade, safe shop operations around Christmas, or any other assignment in an attempt to **AVOID PAYING US** to do the extra work. They would make us take a Friday off and work Saturday whenever one of these events would occur.

5. To prove the matter I swear that as a part of investigations my schedule has always been Monday through Friday, either 7 am to 3 pm and more recently this year 8 am to 4 pm and I would have callout when it was my turn on the rotation which currently is every other week because there is only two people qualified in the City of Jackson to work accident reconstruction, myself and Acting Sergeant Michael Outland. A lot of the events I would have to work in lieu of active duty some **BLACK OFFICERS** would get paid overtime for where it was denied me to get overtime for those same events. If they did not get enough people to work the event they would ask off duty patrol officers to work the event for overtime, and again, those were **BLACK OFFICERS..**

6. I have been denied the opportunity to make that extra money because they would make Detective Bureau work those events in lieu of duty. A part of my compensation package for working for the City in the investigations unit is weekends off and holidays off with pay.

7. This year in 2020, they have been forcing myself along with other detectives to work weekends in lieu of duty at the impound lot, instead of asking us to work for overtime.

8. Also, the City of Jackson has been taking our holidays away forcing us to work on holidays once again by moving our days around to keep from paying us overtime on those days. This year I was forced to work on Saturdays at the impound lot from 9 pm to 5 am, which is not a shift I normally work for no extra pay. I was forced to take a Friday off and work those Saturdays, then have to be at work again on Monday morning at 8 am.

9. Additionally, there has been two investigators assigned to the unit full time forcing me to be on call every other week, essentially half the year I have been on call for no extra pay, where on those weeks, I have to stay in or around the City of Jackson in case I get called out so I am unable to essentially have a life with my family outside of this job, again without extra compensation.

10. However, Other units where Black Officers are positioned in their investigators for JPD only have to hold callout once a month or once every two months because they have more staffing.

11. I have also been denied to attend further **training CLASSES** in my field. I work in a technical field that is constantly advancing and changing due to improved techniques and just advanced in motor vehicle technology yet I have **NOT** attended a single class in my field since 2007. It is recommended that every Accident Reconstructionist attend up to 40 hours or continued training every year to keep up with advancing technology in the field. The reasons I have been denied further training is lack of money and manpower, and because I am a **WHITE POLICE OFFICER**, and thats even when I have found free classes to attend the City of Jackson JPD would not let me attend those classes.

3

12. However, my coworker Michael Outland (the other reconstruction investigator with less time in the field as I have, and whom is a **BLACK OFFICER**) has been approved to take some of those classes, the City of Jackson paid for most of those classes even though some he paid for out of his own pocket, the fact is he was granted to take the classes and I was denied due to my race.

13. Currently our unit does not have any of the equipment we need to do our job effectively, such as a Total station to accurately map and diagram accident scenes, we need a CDR kit to retrieve crash data from vehicles to effectively reconstruct accidents. This equipment can be bought with grants from the federal government yet they have not applied for a grant to my knowledge or approved us to get the equipment.

14. Because of this lack of training and lack of equipment I and the unit I work for can not give the citizens adequate police investigations in the realm of Accident investigations. Without this equipment and training some suspects that we possibly could have charged for killing people in vehicle accidents have not been charged due to lack of equipment and training because we are not able to prove the cases in a court of law.

15. Last, JPD and the The City has also made me file charges on two occasions on people for crimes they did not commit. In 2015, on Thanksgiving day, I had an accident callout at McDowell Road and Belvedere Drive. A vehicle was traveling east on McDowell Road and an intoxicated pedestrian walked out in front of his vehicle and the pedestrian was killed as a result. My investigation determined the driver did not commit a traffic violation and the only crime he committed was driving under the influence. I charged him with DUI that night and he was taken to jail. Later the family of the deceased pedestrian complained to the administration and I was

ordered by Commander Tyree Jones to charge the driver with Aggravated Dui according to him at the command of then Chief Lee Vance. Myself and Sgt. Joe Cotten advised the administration of the law, and even a MS. Supreme court case that has ruled that an intoxicated driver not at fault in an accident can not be found guilty of Aggravated Dui. They still forced me to charge that person with Aggravated Dui and later the grand jury no billed the charge. Because of the administrations actions the family of the deceased victim did not receive justice for the death of their loved one and they forced me to violate a person's civil rights from unjust persecution. This occurred again in 2019 with the current administration. In February 2019 I had a callout on Highway 80 in which a lady drove on the wrong side of the road causing a head on collision that killed the driver of the other vehicle. I determined that she was at fault for the accident but was not intoxicated and was not speeding. To prove culpable negligence manslaughter you have to prove basically that a person has committed gross negligence that results in the death of a person due to their negligence. In simple terms you have to prove they committed at least two traffic violations which she only committed one and that was driving on the wrong side of the road. I was unable to prove how fast she was going due to lack of equipment such as the CDR kit but I don't believe she was speeding due to the damage of the vehicles and placement of the vehicles. I spoke with the District Attorney's office about this case and was told that she would need to be speeding for us to prove charges in court. I advised the family of this that we would be unable to pursue criminal charges and when they complained to the administration I was told to send the case over the DA. The lady was indicted by a Grand Jury but I spoke with the attorney prosecuting the case and he told me the case does not meet the requirements for prosecution. **Once again, I feel I was forced to violate someone's civil rights by charging them with a**

crime they did not commit. I did not get into this business to railroad citizens for crimes they did not commit, and this is relevant to me in the interest of justice, someone from the federal investigation agency should look into this administration and certainly into the Jackson Police Department.

16. The City of Jackson has treated me so indifferently because I will not change reports in the interest of them and their friends. It is my understanding that Chief James Davis has given his cell phone numbers out to some citizens whom are expecting to received or has received differential treatment. That makes investigators job hard, because we are to investigate the matter regardless of their relationship with the chief of police or the mayor for that matter.

17. Now since I have not gone alone with the usual the City of Jackson is suppose to put out an opening in the departments for all officers to see and consider if they wish to apply, those officers are suppose to apply for the opening and interview for the same opening. I have never applied or interviewed for Investigations, not once in my whole career yet I have been moved twice to investigations against my will. Since being moved to investigations again in 2018 I have been denied and overlooked for assigned vehicles by policy, I have constantly had my schedule changed and days off changed with very little to no notice. I have been forced to work extra assignments for no additional pay, I am forced to work assignments that are not part of my job description as an Accident Investigator and of which I might not have the training to effectively work is forced upon me. No one in patrol is asked to work these assignments and if they are they get paid overtime for working the assignments. I am constantly forced to work some Investigations as extra assignments for no additional pay while this administration's likes

and friends whom are **Black Officers** gets to work extra assignments for overtime, this is simply not fair to me as a White man and I should not be treated differently because I am a White man.

18. I swear that I have provided to my attorney the facts as stated herein, and that no one has coerced me into making this affidavit and that it is purely voluntary. I further know that this affidavit will be attached to the filed lawsuit and it is my hope that the sworn facts here will help serve in the pursuit of hope, justice and fairness in law as held in the state of Mississippi.

SWORN THIS DATE 12/3/20

_____          MY COMMISSION EXPIRES
GARRY ARTHUR

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 126623 ALLARI ROBINSON Commission Expires Jan. 27, 2023 MADISON COUNTY]

12-3-20