

Jackson Police Department

327 East Pascagoula Street
Post Office Box 17
Jackson, Mississippi 39205-0017

Chokwe Antar Lumumba
*Mayor of the City of Jackson*

March 6, 2019

James Davis
Chief of Police
Jackson Police Department
327 E. Pascagoula Street
Jackson, MS 39205

Dear Chief Davis:

I am writing this letter to request to be re-instated by the Jackson Police Department. I have enclosed my resume to provide a summary of my qualifications and background for your review. Throughout my career, I have maintained the highest performance standards within the diverse range of law enforcement functions which is clearly illustrated by my past successes. As a Crime Scene Investigator I have extensive experience preparing factual investigative reports, based on policy, statutory authority and case law in response to legal inquiries, litigation, interrogatories and other discovery procedures.

Further qualifications I offer include the following:

- Successful track record supporting the efforts of executive-level staff.
- Strong background in all aspects of communication.
- Demonstrated capacity to develop and maintain comprehensive administrative processes that improve the efficiency of day-to-day operations.

With excellent organizational and communication skills, an outstanding work ethic, and the ability to work well in both team-oriented, self-oriented and self-directed environments, I am positioned to exceed your expectations. I would welcome an opportunity to meet with you to discuss my qualifications and candidacy in further detail. Thank you for your time and consideration.

Sincerely,

*Robert M. Watts*

Robert M. Watts
**Human Resource Specialist**
**Department of Justice**
Office: 662.751.4800 Ext. 4267
Cell: 601.278.3866
Work Email: rmwatts@bop.gov
Home Email: rwatts1621@me.com



## Robert M. Watts - Fwd: Congratulations - Welcome to the Bureau of Prisons.

| | |
|---|---|
| **From:** | Robert Watts <rwatts1621@me.com> |
| **To:** | FCC Yazoo Medium <rmwatts@bop.gov> |
| **Date:** | 7/16/2020 6:32 PM |
| **Subject:** | Fwd: Congratulations - Welcome to the Bureau of Prisons. |
| **Attachments:** | scan_0001.pdf |

Begin forwarded message:

**From: "Rebecca M. Jackson" <rm2jackson@bop.gov>
Subject: Congratulations - Welcome to the Bureau of Prisons.
Date: October 13, 2016 at 11:36:57 AM EDT
To: rwatts1621@me.com**

**Congratulations - Welcome to the Bureau of Prisons.**

REPORT DATE:  October 31, 2016 @ 7:30 a.m.

PLEASE BRING TWO FORMS OF IDENTIFICATION -  (DL, SSN, BIRTH CERT. AND/OR PASSPORT)

Please dress business casual.  No jeans, gym shoes, open toed sandals, sweat pants, etc.

You will report to the **Staff Training Center**, which is the second building on your left once you turn on the institution grounds.

Please respond to this email if you accept and/or decline this Offer.

**"NOTE" - ANY CHANGES TO YOUR BACKGROUND (SUCH AS AN ARREST, FINANCIAL
DEFAULTS, DRUG USE, WORK HISTORY, DISCIPLINARY ACTION, ECT) MUST BE
REPORTED TO HUMAN RESOURCES PRIOR TO YOUR ENTRY ON DUTY DATE.**

Rebecca Jackson
Human Resources Specialist
2225 Haley Barbour Parkway
Yazoo City, MS  39194
PH:(662)751-4800 ext. 4264
Fax:(662)751-4967

 **Please don't print this e-mail unless it's necessary**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 423-2020-00575 |

| null | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. ROBERT M WATTS | (601) 278-3866 | 1984 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1871 TV RD, JACKSON, MS 39204 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| CITY OF JACKSON | 501+ | (601) 960-1234 |

| Street Address | City, State and ZIP Code |
|---|---|
| 327 WEST PASCAGOULA STREET, JACKSON, MS 39204 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-04-2019   Latest: 01-19-2020

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was initially hired in February 2006 as a Patrol Officer. I voluntarily resigned on November 14, 2016. I resigned in good standing. Within the last six months and as recent as October 4, 2019 I have been seeking employment as a Patrol Officer and I have not been hired.

The Chief of Police informed me in October 2019 that he had signed off on the paperwork for my hiring.

I believe I am being discriminated against because of my race (White) in violation of Title VII of The Civil Rights Act of 1964 as amended.

I am aware that the agency has hired approximately 30 employees within the last six months. In addition, approximately five to ten employees have been rehired within the last six months and upon information and belief all rehires are Black. Most recently, a Black male was rehired as of January 19, 2020. I am more than qualified to the position of Patrol Officer and the agency continues to hire less qualified Patrol Officers.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Robert Watts on 01-22-2020 10:26 AM EST | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

BEFORE THE UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

ROBERT WATTS JR.                    CHARGING PARTY

VERSUS                              CHARGE # 423-2020-00575

CITY OF JACKSON                     RESPONDING PARTY

POSITION STATEMENT AND RESPONSE TO CHARGE

Comes now the City of Jackson by and through the undersigned attorney and responds to
the referenced charge as follows:

**Allegation # 1:** The Charging Party alleges that he was initially hired in February 2006 as a
patrol officer and voluntarily resigned on November 14, 2016.

**Response:** The Responding Party admits that the Charging Party was initially hired on or about
February 9, 2006 as a patrol officer. The Responding Party submitted a letter of resignation on or
about September 26, 2016 for an effective date of November 11, 2016. A copy of the documents
related to the Charging Party's resignation is attached as **Exhibit 1.** At the time of the
submission of the letter of resignation, the Charging Party was the subject of an Internal Affairs
Investigation concerning conduct exhibited with a dispatcher. The Charging Party resigned prior
to the conclusion of the investigation and before disciplinary action. Documentation concerning
the investigation and findings is attached as **Exhibit 2.**

**Allegation # 2:** The Charging Party alleges that the Chief of Police informed him in October
2019 that he had signed off on the paperwork for his hiring.

**Response:** James Davis, the Chief of Police for the City of Jackson states he saw and spoke to
Robert Watts Jr., at the end of September 2019. Chief Davis states that an interest in returning to

Charging Party: Robert Watts Jr.
Responding Party: City of Jackson
Charge # 423-2020-00575
Page 2

the Jackson Police Department was expressed, and he advised him to apply for a position by submitting his resume or application to the Jackson Police Department's personnel website. A statement written by Chief Davis is attached as **Exhibit 3.**

The Charging Party wrote a letter to James Davis on October 4, 2019 and included his resume. A copy of the letter is attached as **Exhibit 4.** Subsequent to receipt of the Charging Party's letter and resume, an investigation of the Charging Party's background and personnel record was conducted. On November 1, 2019, the Charging Party was sent a letter advising that further consideration was denied. A copy of the letter is attached as **Exhibit 5.**

**Allegation # 3:** The Charging alleges that he believes he is being discriminated against because of his race (White) in violation of Title VII of the Civil Rights Act of 1964 because the agency has hired approximately 30 employees within the last six (6) months and five to ten employees were rehired within the last six months and upon information all rehires are Black.

**Response:** The Responding Party denies the allegation and states that from July 2019 through January 14, 2020, there were six (6) hires. Three of the hires were white males. The list provided by the Department of Personnel Management's Equal Employment Opportunity Officer Tamarra Bowie (Black female) is attached as **Exhibit 6.**

The Responding Party denies that race was a factor in its decision not to rehire the Charging Party. The Charging Party's request for rehire was subject to the usual background investigation and review of personnel records. Based upon the investigation and/or review of personnel record, the Chief Davis determined that rehire would not be prudent and serve the

Charging Party: Robert Watts Jr.
Responding Party: City of Jackson
Charge # 423-2020-00575
Page 3

best interest of the Department. The Charging Party's disciplinary history included the issuance

of a counseling form, multiple reprimands, and a suspension. Moreover, the Charging Party did

not terminate in good standing because there was a pending Internal Affairs investigation. A

copy of documents related to the Charging Party's discipline is attached as **Exhibit 7.**

## CONCLUSION

The City of Jackson is an equal opportunity employer and does not discriminate against

individuals on the basis of race, sex, age, national origin, disability or other protected

classifications. The Charging Party's allegation of discrimination are false.

Respectfully submitted,
The City of Jackson

By: /s/ Carrie Johnson
Deputy City Attorney

Office of the City Attorney
Post Office Box 2779
Jackson MS 39207-2779
Telephone: 601-960-1799
Facsimile: 601-960-1756

## Before the united states equal employment opportunity commission

Robert Watts Jr                                              Charging Party
Versus                                               Charge # 423-3030-00575
City of Jackson                                            Responding Party

### Position Statement

**Allegation#1:** The city stated I was under investigation at the time of my resignation

**Response:** I applied for the Federal Bureau of Prisons in the start of 2016. I was sent an inquiry of Availability on August 26, 2016 which is attached as **Exhibit 1.** I was given a final offer of employment on September 26, 2016 which is attached as **Exhibit 2.** I was unaware I was under any investigation at the time of my resignation. I was also able to obtain and keep a federal security clearance with the Department of Justice which I still hold at the time of this response.

**Allegation #2:** The city states I did not apply to JPD until October 4, 2019 and James Davis advised me to apply online.

**Response:** The city stated that I sent a reinstatement letter on October 4, 2019 which is true but it was not the first time I had requested to return to JPD. See **Exhibit 3.** Another reinstatement letter was sent on March 14, 2019. See **Exhibit 4.** Tina Wallace sent an email March 14, 2019 to confirm she received my reinstatement letter. See **Exhibit 5.** After I sent the March 14, 2019 letter I was interviewed, completed a Physical, UA and polygraph. During the interview I decided NOT to take the job with JPD. In September I saw James Davis at the JPD Police Training Academy and he asked when I was starting because he had signed off on my paperwork. He was unaware I had I turned down the job during the interview. Due to the fact I love JPD and law enforcement after speaking with James Davis at the Academy I sent another reinstatement letter to James Davis on October 4, 2016. See **Exhibit 6.** This alleged investigation with a dispatcher is false and an attempt to cover the real reason of the city discriminating against white applicants.

**Allegation #3:** The city alleges they only hired six (6) new hires from July 2019 through January 14, 2020 and three (3) of these hires were white.

**Response:** On August 4, 2019 the City of Jackson started the 58th Police Recruit Academy class. August would be the class members start date for JPD which is within the July 2019 through January 14, 2020 time frame the city provided. The 58th Recruit Class graduated on November 22, 2019 with fourteen (14) officers. See **Exhibit 7.** This class graduated with no white officers. The city started the 59th Police Recruit Academy Class on September 29, 2019. September 29, 2019 would be the class members start date which is within the provided time frame the city provided as to hiring six new officers. The 59th Police Recruit Academy graduated on January 17, 2020 with ten (10) police officers. See **Exhibit 8.** This class graduated with no white officers. When I left JPD I requested my entire personal file. See **Exhibit 9.** I had three reprimands, not multiple as the city states, I had one suspension for a motor vehicle accident.

EXHIBIT
U

## Before the united states equal employment opportunity commission

Robert Watts Jr                                              **Charging Party**
Versus                                              **Charge # 423-3030-00575**
City of Jackson                                              **Responding Party**

### Position Statement

Conclusion: The pending Internal Affairs investigation is false and blatant attempt to cover up the fact they are discriminating against white applicants. The city's responses are mostly false and the diversity of JPD does not represent the city it serves. At the time of this response JPD currently employs approximately 350 officers with approximately 15 white officers on the force. White officer represent 4.29% of JPD. At the time of the 2010 census the City of Jackson racial makeup was 79% black, 18% white. The racial makeup of JPD has a large disparity compared to the city's racial makeup.

Respectfully submitted,

*R Watts*

Robert M. Watts

Telephone: 601-278-3866

Email: rwatts1621@me.com