IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELVIN WILLIAMS, ET AL.                                                                PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:20-cv-785-DPJ-FKB

THE CITY OF JACKSON, ET AL.                                                        DEFENDANT

## ORDER

Pursuant to this Court's Order [68], counsel came before United States Magistrate Judge F. Keith Ball for a settlement conference on November 29, 2022, and a follow-up telephonic conference on December 7, 2022. During the December 7, 2022 conference, counsel advised Judge Ball that the parties had reached an agreement to narrow the parties and claims in this case, as set forth herein. In an August 15, 2023 conference with Judge Ball, counsel confirmed that the parties agree to entry of this Order.  Accordingly, the parties agree, and the Court hereby orders, the following:

1. The Equal Protection/Disparate Treatment claims of the following plaintiffs, as asserted in the original Complaint [1] and Schultea Response [33], are hereby severed into the following cases to be opened on the docket of this Court:

    a. *Garry Arthur*, *Keith Freeman*, *and Robert Watts v. City of Jackson, Jackson Police Department, and Chief James Davis*;

    b. *Candice Ingram and Cossandra Thomas v. City of Jackson, Jackson Police Department, and Chief James Davis*; and

    c. *Pamela Rigby v. City of Jackson, Jackson Police Department, Mayor Chokwe Antar Lumumba, and Chief James Davis*.

The Clerk of this Court is hereby directed to open the above-identified cases as separate cases on the docket of this Court.

2. All plaintiffs, including Garry Arthur, Keith Freeman, Robert Watts, Candice Ingram, Cossandra Thomas, and Pamela Rigby, will proceed in this case on their Establishment Clause claims against the following defendants: City of Jackson, Jackson Police Department, and Chief James Davis. All other claims and defendants are hereby dismissed without prejudice from this case.

3. Although the parties and claims shall be limited to those identified above, all parties reserve their arguments on all procedural, factual, and legal issues related to those parties and claims including, but not limited to, standing and further severance.

**SO ORDERED AND ADJUDGED** this the 22nd day of August, 2023.

s/ *Daniel P. Jordan III*  
CHIEF UNITED STATES DISTRICT JUDGE